FORM 30. Certificate of Service Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2024-1714

**Short Case Caption** Transgender American Veterans Association v. Secretary of Veterans Affairs

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 4/22/2024

by  ☒ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Denis R. McDonough<br>U.S. Secretary of Veterans Affairs, | Department of Veterans Affairs<br>810 Vermont Avenue NW<br>Washington, DC 20420 |
| Richard J. Hipolit, JD<br>Acting General Counsel | Office of General Counsel<br>Department of Veterans Affairs<br>810 Vermont Avenue NW<br>Washington, DC 20420 |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 4/24/2024

Signature: /s/ Michael J. Wishnie

Name: Michael J. Wishnie