# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION, | No. 24-1714 |
| *Petitioner.* | April 24, 2024 |
| v. | |
| DENIS MCDONOUGH, | |
| *Secretary of Veterans Affairs, Respondent.* | |

## PETITIONER'S UNOPPOSED MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR

**Michael J. Wishnie**
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Petitioner*

# CERTIFICATE OF INTEREST

Counsel for Petitioner certifies the following:

1. The full name of every party or amicus represented by me is: Transgender American Veterans Association.

2. All parent corporations and any publicly held corporations that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None.

3. The names of all law firms and the partners or associates that are expected to appear for the party represented by me are: John Baisley, Alexandra Johnson, K.N. McCleary, So-Hyeon Park, and Sonora Taffa, Law Student Interns, Jerome N. Frank Legal Services Organization, Yale Law School.

4. The following information is required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees): N/A.


Dated: <u>April 24, 2024</u>          Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
Michael J. Wishnie
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*

**UNOPPOSED MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR**

Petitioner Transgender American Veterans Association ("TAVA") respectfully requests leave for law student interns John Baisley, Alexandra Johnson, K.N. McCleary, So-Hyeon Park, and Sonora Taffa, presently enrolled in the Veterans Legal Services Clinic at Yale Law School ("VLSC"), to appear in this matter under the supervision of Michael J. Wishnie. Counsel for Respondent has indicated the Secretary is unopposed to this Motion.

## DISCUSSION

### I.   This Court Has Allowed Law Students to Appear Under Supervision of Clinical Faculty in Other Cases.

Although this Court does not have a rule of practice that pertains to law student appearances, the Court should permit the Law Student Interns to appear in this case. This Court has previously afforded students enrolled in a clinical course at an accredited law school the opportunity to appear under the supervision of a clinical faculty member. Order Granting Motion for Leave for Law Student Interns to Appear, *Skaar v. McDonough*, Nos. 2021-1757, 2021- 1812 (Fed. Cir. Dec. 21, 2022), Dkt. No. 102 (granting leave to appear by VLSC interns); Order Granting Motion for Leave for Law Student Interns to Appear, *Skaar v. McDonough*, Nos. 2021-1757, 2021- 1812 (Fed. Cir. Nov. 22, 2021), Dkt. No. 45 (same); Order Granting Motion for Leave for Law Student Interns to Appear and Granting Amici

Motion for Leave to File an Addendum, *LaBonte v. United States*, No. 21- 1432 (Fed. Cir. Mar. 26, 2021), Dkt. No. 15 (same); Order Granting Motion for Leave for Law Student Interns to Appear, *Monk v. Wilkie*, No. 20-1305 (Fed. Cir. May 15, 2020), Dkt. No. 53 (same); Order Granting Motion for Leave for Law Student Interns to Appear, *Monk v. Shulkin*, No. 15-7092, (Fed. Cir. May 9, 2016), Dkt. No. 90 (same); *see also* Order Granting Motion to File Entry of Appearance of New Counsel, *Serv. Women's Action Network v. Sec'y of Veterans Affairs*, No. 2014-7115 (Fed. Cir. July 9, 2015), Dkt. No. 84 (same).

The Federal Circuit's rules of practice do not deny students enrolled in a clinical course at an accredited law school the opportunity to appear under the supervision of a clinical faculty member. *See* Fed. Cir. R. 47.3. Article I courts whose decisions are subject to review by this Court also permit students to appear on behalf of a party under the supervision of an attorney, *see, e.g.*, U.S. Vet. App. R. 46(b)(1)(G); R. Ct. Fed. Cl. 83.3, as do U.S. district courts in cases involving claims subject to review in this Court, *see, e.g.*, Order Granting Motions for Leave for Law Student Intern to Appear, *Cowles v. McHugh*, 3:13-cv-01741 (D. Conn. Jan. 31, 2014), Dkt. No. 14 (VLSC students arguing Little Tucker Act claim).

## II.  Nearly All Other U.S. Courts of Appeals Permit Law Student Appearances.

Permitting students to appear would also comport with the practice rules in nearly every other U.S. court of appeals. Almost all federal appellate courts permit

law student interns enrolled in a clinical course to appear under the supervision of an attorney. *See* 1st Cir. R. 46.0(f); 2d Cir. L.R. 46.1(e); 3d Cir. L.A.R. 46.3; 4th Cir. L.R. 46(a); 6th Cir. R. 46(d); 7th Cir. R. 34(h); 8th Cir. L.R. 46B; 9th Cir. R. 46-4; 10th Cir. R. 46.7; 11th Cir. R. 46-11; D.C. Cir. R. 46(g); C.A.A.F. R. 13A. Even absent a specific practice rule, the Fifth Circuit—the only other U.S. circuit court of appeals without an express student practice rule—has permitted student appearances. *See, e.g.*, Order Granting Unopposed Motion to Allow Law Student to Participate in Oral Argument, *Pena v. City of Rio Grande City*, 879 F.3d 613, No. 19-40217, (5th Cir. 2020).

The D.C. Circuit's student practice rules are typical of most circuits. Law students may appear on briefs or participate in oral argument provided that the relevant party has given its written consent and a supervising attorney has given written approval. D.C. Cir. R. 46(g)(1)–(2). Law students must be enrolled and in good standing in a clinical program at an accredited law school; certified by the school's Dean to be qualified to provide legal representation; have completed four semesters of law school; and receive no compensation for their work by the party they represent. D.C. Cir. R. 46(g)(3)-(4). Supervising attorneys must be in good standing of the bar of the court, guide and assist students, and assume ultimate responsibility for student work. D.C. Cir. R. 46(g)(6).

Law Student Interns John Baisley, Alexandra Johnson, K.N. McCleary, So-

Hyeon Park, and Sonora Taffa are enrolled and in good standing at Yale Law School, where they have enrolled for credit in the Veterans Legal Services Clinic. All Law Student Interns have received written consent and approval from TAVA and Professor Wishnie to appear in the above-captioned matter. *See* Exhibits A–F. Law Student Interns John Baisley, Alexandra Johnson, K.N. McCleary, So-Hyeon Park, and Sonora Taffa have also received Yale Law School Dean Heather K. Gerken's certification. *See id.*

Law Student Intern Law Student Intern John Baisley has completed four semesters of law school, Alexandra Johnson and K.N. McCleary have completed six semesters of law school, and Law Student So-Hyeon Park has completed two semesters of law school. Law Student Intern Sonora Taffa has completed five semesters of law school.

This Court has in the past granted law student interns leave to appear even if they have not completed four semesters of law school, as have other circuit courts. *See, e.g.*, Order Granting Motion for Leave for Law Student Interns to Appear, *Labonte v. United States*, No. 21-1432 (Fed. Cir. Mar. 26, 2021), Dkt. No. 15 (granting leave to appear to three VLSC students who had nearly completed three semesters of law school and one who had completed one semester); Order Granting Motion for Leave for Law Student Interns to Appear, *Skaar v. McDonough*, Nos. 2021-1757, 2021-1812 (Fed. Cir. Nov. 22, 2021) Dkt. No. 45

(granting leave to appear to three VLSC students who had nearly completed three semesters of law school); Order Granting Unopposed Motion for Leave to File Appearances for Law Students, *Monk v. Wilkie*, No. 19-1094 (Fed. Cir. Jan. 16, 2019), Dkt. No. 18 (granting leave to appear to three VLSC students who had completed five semesters of law school and two who had completed three semesters); *see also* Order Granting Motion to Assist Counsel of Record, *Doe v. United States*, No. 18-185 (2d Cir. Apr. 12, 2018), Dkt. No. 34 (granting leave to appear to three VLSC students who had completed three semesters of law school and one who had completed one semester).

Professor Wishnie, the supervising attorney, is an active member of the Federal Circuit bar and in good standing. He assumes all responsibility for student work and will be present at oral argument should the Court schedule it in this matter.

In addition, the Law Student Interns satisfy the requirements for law student interns in Connecticut to appear in court. All have completed at least one semester of credit at Yale Law School and have been certified by their law school dean, Dean Heather K. Gerken. Conn. Practice Book § 3-16 (2018); Exhibits A–F.

### III. Petitioner Should Have the Opportunity to Choose Its Legal Representatives.

This Court should permit the Law Student Interns to appear in this case, as their appearance would reflect TAVA's choice of legal representation. The

Supreme Court has recognized that litigants have a right to the legal representation of their choice. *See Powell v. State of Ala.*, 287 U.S. 45, 69 (1932). Generally, that right may be restricted only for a compelling reason, namely, to prevent obstruction of the orderly administration of justice. *See, e.g.*, *In re BellSouth Corp.*, 334 F.3d 941, 945 (11th Cir. 2003) (presumption that court will respect party's choice of counsel rebutted where the attorney was selected for "the sole or primary purpose of causing the recusal of the judge").

In this matter, there is no compelling reason to deny TAVA its choice of representatives. TAVA chose VLSC to represent it with the understanding that law student interns would be performing legal work on its behalf under the supervision of a supervising attorney. Law student interns have handled all aspects of this matter to date, including drafting the Petition for Review. *Transgender Am. Veterans Ass'n v. McDonough*, No. 24-1714 (Fed. Cir. Apr. 19, 2024), Dkt. No. 1-1. TAVA consented to be represented by Law Student Interns before this Court, who are enrolled in law school in good standing and meet most circuit courts' requirements for student practice. *See* Exhibits A–F. As such, TAVA should be permitted to be represented by Law Student Interns as it has chosen.

## CONCLUSION

For the foregoing reasons, TAVA respectfully asks this Court to grant its Unopposed Motion for Leave for Law Student Interns to Appear.

6

Dated: <u>April 24, 2024</u>          Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
Michael J. Wishnie
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Petitioner*

## CERTIFICATE OF COMPLIANCE

1.  This Motion complies with the type-volume limitation of Federal Rule of
    Appellate Procedure Rule 27(d). This Motion contains 1,663 words, excluding
    the parts exempted by Federal Circuit Rule 27(d).

2.  This Motion complies with the typeface requirements of Federal Rule of
    Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of
    Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally
    spaced typeface using Microsoft Word version 20.08 in 14-point Times New
    Roman.

Dated: April 24, 2024                          /s/ Michael J. Wishnie
                                               Michael J. Wishnie

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, Petitioner's foregoing Unopposed

Motion for Leave for Law Student Interns to Appear was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's

CM/ECF system.


Date: <u>April 24, 2024</u>                    Signature: <u>/s/ Michael J. Wishnie</u>
                                                          Michael J. Wishnie

# Exhibit A

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION, | No. 24-1714 |
| *Petitioner.* | April 24, 2024 |
| v. | |
| DENIS MCDONOUGH, | |
| *Secretary of Veterans Affairs, Respondent.* | |

## <u>CERTIFICATION OF LAW STUDENT</u>

I hereby certify that:

    (a) I, John Baisley, am enrolled in good standing at Yale Law School;

    (b) I have completed four semesters of credit in legal studies by April 24, 2024; and

    (c) I am neither employed by nor receiving compensation from clients in this case.

Date: <u>April 24, 2024</u>                    Signature: _John Baisley_____

## <u>CONSENT OF SUPERVISING ATTORNEY</u>

I hereby certify that I am a member of the bar of the United States Court of Appeals for the Federal Circuit, and I assume professional responsibility for the work of John Baisley as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: <u>April 24, 2024</u>                    Signature: <u>/s/ Michael J. Wishnie</u>
                                                Michael J. Wishnie

## **DEAN'S CERTIFICATION**

I hereby certify that John Baisley has completed four semesters of work at

Yale Law School by April 24, 2024, and possesses, to the best of my knowledge,

good character and competent legal ability and is adequately trained to perform as a

legal intern.

Date: May 1, 2024                  Signature: _Heather Gerken_

Heather K. Gerken
Dean, Yale Law School

# Exhibit B

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

TRANSGENDER AMERICAN VETERANS
ASSOCIATION,

       *Petitioner.*

v.

DENIS MCDONOUGH,

       *Secretary of Veterans Affairs,*
       *Respondent.*

No. 24-1714

April 24, 2024

---

## **CERTIFICATION OF LAW STUDENT**

I hereby certify that:

(a) I, Alexandra Johnson, am enrolled in good standing at Yale Law School;

(b) I have completed six semesters of credit in legal studies by April 24, 2024; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: <u>April 24, 2024</u>                Signature: *Alexandra Johnson*
                                                    Alexandra Johnson

## **CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of the United States Court of Appeals for the Federal Circuit, and I assume professional responsibility for the work of Alexandra Johnson as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: <u>April 24, 2024</u>                    Signature: <u>/s/ Michael J. Wishnie</u>
                                                                    Michael J. Wishnie

## **DEAN'S CERTIFICATION**

I hereby certify that Alexandra Johnson has completed six semesters of work at Yale Law School by April 24, 2024 and possesses, to the best of my knowledge, good character and competent legal ability and is adequately trained to perform as a legal intern.

Date: May 1, 2024

Signature: _Heather Gerken_

Heather K. Gerken
Dean, Yale Law School

# Exhibit C

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

TRANSGENDER AMERICAN VETERANS ASSOCIATION,

No. 24-1714

*Petitioner.*

April 24, 2024

v.

DENIS MCDONOUGH,

*Secretary of Veterans Affairs, Respondent.*

## CERTIFICATION OF LAW STUDENT

I hereby certify that:

(a) I, K.N. McCleary, am enrolled in good standing at Yale Law School;

(b) I have completed six semesters of credit in legal studies by April 24, 2024; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: April 24, 2024

Signature: K.N. McCleary

1

## **CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of the United States Court of Appeals for the Federal Circuit, and I assume professional responsibility for the work of K.N. McCleary as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: <u>April 24, 2024</u>                    Signature: <u>/s/ Michael J. Wishnie</u>
                                                      Michael J. Wishnie

## <u>DEAN'S CERTIFICATION</u>

I hereby certify that K.N. McCleary has completed six semesters of work at Yale Law School by April 24, 2024, and possesses, to the best of my knowledge, good character and competent legal ability and is adequately trained to perform as a legal intern.

Date: __May 1, 2024__          Signature: _____

Heather K. Gerken
Dean, Yale Law School

# Exhibit D

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

TRANSGENDER AMERICAN VETERANS
ASSOCIATION,

No. 24-1714

*Petitioner.*

April 24, 2024

v.

DENIS MCDONOUGH,

*Secretary of Veterans Affairs,*
*Respondent.*

## CERTIFICATION OF LAW STUDENT

I hereby certify that:

(a) I, So-Hyeon Park, am enrolled in good standing at Yale Law School;

(b) I have completed two semesters of credit in legal studies by April 24, 2024; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: <u>April 24, 2024</u>                    Signature: _____

So-Hyeon Park

1

## **CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of the United States Court of Appeals for the Federal Circuit, and I assume professional responsibility for the work of So-Hyeon Park as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: <u>April 24, 2024</u>                    Signature: <u>/s/ Michael J. Wishnie</u>
                                                     Michael J. Wishnie

## **DEAN'S CERTIFICATION**

I hereby certify that So-Hyeon Park has completed two semesters of work at Yale Law School by April 24, 2024, and possesses, to the best of my knowledge, good character and competent legal ability and is adequately trained to perform as a legal intern.

Date: ___May 1, 2024___                    Signature: _~Heather Gerken~_

Heather K. Gerken
Dean, Yale Law School

# Exhibit E

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION, | No. 24-1714 |
| *Petitioner.* | April 24, 2024 |
| v. | |
| DENIS MCDONOUGH, | |
| *Secretary of Veterans Affairs, Respondent.* | |

**CERTIFICATION OF LAW STUDENT**

I hereby certify that:

(a) I, Sonora Taffa, am enrolled in good standing at Yale Law School;

(b) I have completed five semesters of credit in legal studies by April 24, 2024; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: <u>April 24, 2024</u>               Signature: *Sonora Taffa*
                                                              Sonora Taffa

1

## **CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of the United States Court of Appeals for the Federal Circuit, and I assume professional responsibility for the work of Sonora Taffa as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.


Date: <u>April 24, 2024</u>                Signature: <u>/s/ Michael J. Wishnie</u>
                                                      Michael J. Wishnie

## **DEAN'S CERTIFICATION**

I hereby certify that Sonora Taffa has completed five semesters of work at Yale Law School by April 24, 2024, and possesses, to the best of my knowledge, good character and competent legal ability and is adequately trained to perform as a legal intern.

Date: _May 1, 2024_

Signature: _Heather Gerken_

Heather K. Gerken
Dean, Yale Law School

# Exhibit F

## **CONSENT OF CLIENT**

I hereby consent to the appearance of John Baisley, Alexandra Johnson, K.N. McCleary, So-Hyeon Park, and Sonora Taffa to provide legal service and appear in court or administrative tribunals for TAVA in the above-captioned matter under the supervision of Michael J. Wishnie.

Date: 4/24/2024          Signature: _____

Josie Caballero
Acting President,
Transgender American
Veterans Association

1