NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1714

---

Petition for review pursuant to 38 U.S.C. § 502.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

## O R D E R

Transgender American Veterans Association moves without opposition for leave to allow law students John Baisley, Alexandra Johnson, K.N. McCleary, So-Hyeon Park, and Sonora Taffa to enter appearances in this matter under the supervision of Michael J. Wishnie.

Upon consideration thereof,

2　　TRANSGENDER AMERICAN VETERANS ASSOCIATION v.
　　　　　SECRETARY OF VETERANS AFFAIRS

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 15, 2024
Date

Jarrett B. Perlow
Clerk of Court