FORM 26. Docketing Statement                                     Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1714

**Short Case Caption:** Transgender American Veterans Association v. Secretary of Veterans Affairs

**Filing Party/Entity:** Respondent; Secretary of Veterans Affairs

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Dep't of Veterans Affairs | NA | Petition For Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Petitioner seeks review of the Secretary's denial of its petition for rulemaking and an order directing the Secretary to undertake rulemaking to amend or appeal certain VA regulations.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The Secretary denied petitioner's request to undertake rulemaking to amend or appeal certain VA regulations.

**Nature of judgment (select one):**     **Date of judgment:** 2/22/24

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)                          Denial of ruelmaking petition

FORM 26. Docketing Statement                                          Form 26 (p. 2)
                                                                         July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

> Two previous actions relating to similar subject matter were voluntarily dismissed. See Fulcher v. Sec'y of Veterans Affs., No. 17-1450; In re: Transgender American Veterans Association, No. 24-108.

Issues to be raised on appeal: ☐ None/Not Applicable

> Whether the Secretary acted consistent with law in denying petitioner's rulemaking request.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes    ☑ No

If "yes," when were the last such discussions?
   ☐ Before the case was filed below
   ☐ During the pendency of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes    ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No

Explain.

> The government believes that the subject matter of this case makes it potentially amendable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 5/17/24           Signature: /s/ David L. Peters

                        Name:      David L. Peters

Save for Filing