FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1714

**Short Case Caption:** Transgender American Vet. Assoc. v. Secretary of Vet. Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

City of Ann Arbor, Michigan; City of Alexandria, Virginia; City of Berkeley, California; Borough of Carlisle, Pennsylvania; City of Cincinnati, Ohio; City of Cleveland, Ohio; City of Lowell, Massachusetts; City of Miami Beach, Florida; City of New York, New York; City of Olympia, Washington; City of Pittsburgh, Pennsylvania; City of Portland, Oregon; County of Santa Clara, California; City of West Hollywood, California; City of Yonkers, New York

| | |
|---|---|
| **Principal Counsel:** Ryan Wong | Admission Date: 08/21/2014 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | |
| Address: 633 Battery Street, San Francisco, CA 94111-1809 | |
| Phone: 415-391-5400 | Email: rwong@keker.com |
| **Other Counsel:** Courtney Liss | Admission Date: 12/20/2023 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | |
| Address: 633 Battery Street, San Francisco, CA 94111-1809 | |
| Phone: 415-391-5400 | Email: cliss@keker.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/30/24            Signature: s/Ryan Wong

                         Name: Ryan Wong

FORM 8A. Entry of Appearance                                                    Form 8A (p.2)
                                                                                 July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Ryan Hayward | Admission Date: 01/04/2024 |
|---|---|
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP ||
| Address: 633 Battery Street, San Francisco, CA  94111-1809 ||
| Phone: 415-391-5400 | Email: rhayward@keker.com |
| **Other Counsel:** Sara Fitzpatrick | Admission Date: 12/22/2023 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP ||
| Address: 633 Battery Street, San Francisco, CA  94111-1809 ||
| Phone: 415-391-5400 | Email: sfitzpatrick@keker.com |
| **Other Counsel:** Kristen E. Lovin | Admission Date: 09/06/2016 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP ||
| Address: 633 Battery Street, San Francisco, CA  94111-1809 ||
| Phone: 415-391-5400 | Email: klovin@keker.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |