FORM 8A. Entry of Appearance                                   Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** Transgender American Veterans Association v. Secretary of Veterans Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Donald Arthur, Kristine Campbell, Rose Loper, Stanley McChrystal, Gale Pollock, Patricia Rose, Tammy Smith, Alan Steinman, and Loree Sutton

| **Principal Counsel:** Roy T. Englert, Jr. | Admission Date: 9/9/03 |
|---|---|
| Firm/Agency/Org.: Kramer Levin Naftalis & Frankel LLP | |
| Address: 2000 K Street NW, 4th Floor, Washington, DC 20006 | |
| Phone: 202-775-4500 | Email: renglert@kramerlevin.com |
| **Other Counsel:** Jeffrey S. Trachtman | Admission Date: 12/20/23 |
| Firm/Agency/Org.: Kramer Levin Naftalis & Frankel LLP | |
| Address: 1177 Avenue of the Americas, New York, NY 10036 | |
| Phone: 212-715-9100 | Email: jtrachtman@kramerlevin.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/5/24                           Signature: /s/ Roy T. Englert, Jr.

                                       Name: Roy T. Englert, Jr.

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Shikha Garg | Admission Date: 12/20/23 |
|---|---|
| Firm/Agency/Org.: Kramer Levin Naftalis & Frankel LLP ||
| Address: 2000 K Street NW, 4th Floor, Washington, DC 20006 ||
| Phone: 202-775-4500 | Email: sgarg@kramerlevin.com |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |