FORM 8A. Entry of Appearance                                         Form 8A (p.1)
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** In re Transgender American Veterans Association

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Iraq and Afghanistan Veterans of America; Swords to Plowshares

| | | |
|---|---|---|
| **Principal Counsel:** Michelle N. Tanney | | Admission Date: 01/11/2024 |
| Firm/Agency/Org.: Baker & Hostetler LLP | | |
| Address: 45 Rockefeller Plaza<br>New York, New York 10111 | | |
| Phone: (212) 589-4292 | | Email: mtanney@bakerlaw.com |
| **Other Counsel:** Marie L. Carlisle | | Admission Date: 01/05/2024 |
| Firm/Agency/Org.: Baker & Hostetler LLP | | |
| Address: 811 Main Street, Suite 1100<br>Houston Texas 77002 | | |
| Phone: (713) 646-1388 | | Email: mcarlisle@bakerlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/5/24                              Signature: /s/ Michelle Tanney

                                          Name: Michelle Tanney

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Michael A. Sabella | Admission Date: 01/04/2024 |
|---|---|
| **Firm/Agency/Org.:** Baker & Hostetler LLP | |
| **Address:** 45 Rockefeller Plaza, New York, New York 10111 | |
| Phone: (212) 589-4625 | Email: msabella@bakerlaw.com |
| **Other Counsel:** Tara E. Turner | Admission Date: 01/09/2024 |
| **Firm/Agency/Org.:** Baker & Hostetler LLP | |
| **Address:** 45 Rockefeller Plaza, New York, New York 10111 | |
| Phone: (212) 589-4603 | Email: tturner@bakerlaw.com |
| **Other Counsel:** Ariana Dindiyal | Admission Date: 12/13/2023 |
| **Firm/Agency/Org.:** Baker & Hostetler LLP | |
| **Address:** 45 Rockefeller Plaza, New York, New York 10111 | |
| Phone: (212) 847-7077 | Email: adindiyal@bakerlaw.com |
| **Other Counsel:** Shade I. Quailey | Admission Date: 01/17/2024 |
| **Firm/Agency/Org.:** Baker & Hostetler LLP | |
| **Address:** 45 Rockefeller Plaza, New York, New York 10111 | |
| Phone: (212) 589-4678 | Email: squailey@bakerlaw.com |
| **Other Counsel:** Daphne Gokalan | Admission Date: 01/11/2024 |
| **Firm/Agency/Org.:** Baker & Hostetler LLP | |
| **Address:** 45 Rockefeller Plaza, New York, New York 10111 | |
| Phone: (212) 589-4689 | Email: dgokalan@bakerlaw.com |

**FORM 8A. Entry of Appearance**                                                Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Brigette A. Dechant | Admission Date: 12/18/2023 |
|---|---|
| Firm/Agency/Org.: Baker & Hostetler LLP | |
| Address: 811 Main Street, Suite 1100, Houston Texas 77002 | |
| Phone: (713) 646-1357 | Email: bdechant@bakerlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |