No. 24-1714

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TRANSGENDER AMERICAN VETERANS ASSOCIATION,

*Petitioner*,

v.

SECRETARY OF VETERANS AFFAIRS,

*Respondent*.

ON PETITION FOR REVIEW
PURSUANT TO 38 U.S.C. § 502

**NOTICE OF CORRECTION TO BRIEF OF FORMER GENERALS, ADMIRALS, AND SURGEONS GENERAL AS *AMICI CURIAE* IN SUPPORT OF PETITIONER AND GRANT OF THE PETITION FOR REVIEW**

Former generals, admirals, and surgeons general as *amici curiae* note the following correction to their brief filed on August 5, 2024. The brief did not include a certificate of interest. It has been added to the corrected version of the brief filed with this notice.

<table>
<tr><td>Dated: August 5, 2024</td><td>

*/s/ Roy T. Englert, Jr.*
Roy T. Englert, Jr.
Shikha Garg
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
renglert@kramerlevin.com

Jeffrey S. Trachtman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for* Amici Curiae
</td></tr>
</table>