FORM 8A. Entry of Appearance                                             Form 8A (p.1)
                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** Transgender Am. Vet. Assn. v. Secretary of Vet. Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| Scholars Who Study The Transgender Population | |
| **Principal Counsel:** James E. Tysse | Admission Date: 11/14/2011 |
| Firm/Agency/Org.: Akin Gump Strauss Hauer & Feld LLP | |
| Address: 2001 K St. NW, Washington DC 20006 | |
| Phone: 202-887-4571 | Email: jtysse@akingump.com |
| **Other Counsel:** Zach ZhenHe Tan | Admission Date: 2/6/2023 |
| Firm/Agency/Org.: Akin Gump Strauss Hauer & Feld LLP | |
| Address: 100 Pine St., Ste. 3200, San Francisco, CA 94111 | |
| Phone: 415-765-9509 | Email: ztan@akingump.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/5/24

Signature: /s/ James E. Tysse

Name: James E. Tysse

**FORM 8A. Entry of Appearance**                                                        Form 8A (p.2)
                                                                                                                                                                  July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** William Tentindo | Admission Date: 1/12/2024 |
|---|---|
| Firm/Agency/Org.: The Williams Institute - UCLA School of Law ||
| Address: 1060 Veteran Ave., Los Angeles, CA 90095 ||
| Phone: 310-267-4382 | Email: tentindo@law.ucla.edu |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |