**FORM 9. CERTIFICATE OF INTEREST**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

Case Number: <u>24-1714</u>

Short Case Caption: <u>Transgender American Veterans Association v. Secretary of Veterans Affairs</u>

Filing Party/Entity: <u>Scholars Who Study the Transgender Population</u>

Counsel for *Amici Curiae* Scholars Who Study the Transgender Population certifies the following:

1.   The full name and affiliation of every *amicus* represented by the undersigned in this appeal are:

    Christopher S. Carpenter, Ph.D.
    Professor
    Department of Economics
    Vanderbilt University

    Andrew R. Flores, Ph.D.
    Assistant Professor
    American University
    Affiliated Scholar
    The Williams Institute
    UCLA School of Law

    Nanette Gartrell, M.D.
    Visiting Distinguished Scholar
    The Williams Institute
    UCLA School of Law

    Jody L. Herman, Ph.D.
    Reid Rasmussen Senior Scholar of Public Policy
    The Williams Institute
    UCLA School of Law

**FORM 9. CERTIFICATE OF INTEREST**

> Christy Mallory, J.D.
> Legal Director
> The Williams Institute
> UCLA School of Law
>
> Elana Redfield, J.D.
> Federal Policy Director
> The Williams Institute
> UCLA School of Law
>
> Brad Sears, J.D.
> Founding Executive Director
> The Williams Institute
> UCLA School of Law
>
> William Tentindo, J.D.
> Staff Attorney
> The Williams Institute
> UCLA School of Law

2.    The names of Real Parties in interest represented by the undersigned are:

None.

3.    The names of all parent corporations and any publicly held companies that own 10 percent of the party represented are:

None.

4.    The names of all law firms and the partners or associates who are expected to appear in this court for *amici* are:

> James E. Tysse
> Akin Gump Strauss Hauer & Feld LLP
> 2001 K Street NW
> Washington, DC 20006
>
> Zach ZhenHe Tan
> Akin Gump Strauss Hauer & Feld LLP
> 100 Pine Street, Suite 3200

**FORM 9. CERTIFICATE OF INTEREST**

    San Francisco, CA 94111

    William Tentindo
    The Williams Institute
    UCLA School of Law
    1060 Veteran Avenue
    Los Angeles, CA 90095

5.    Related Cases:

    N/A (amicus).

6.    Organizational Victims and Bankruptcy Cases:

    None/Not Applicable.

August 5, 2024             /s/ *James E. Tysse*
                                   James E. Tysse

**FORM 9. CERTIFICATE OF INTEREST**

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing Certificate of Interest using the court's CM/ECF system. All of the participants are registered CM/ECF users and will be served copies of the foregoing Brief via the CM/ECF system.

August 5, 2024                               AKIN GUMP STRAUSS HAUER & FELD LLP

By   /s/ *James E. Tysse*
     James E. Tysse