FORM 8A. Entry of Appearance / Form 8A (p.1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** Transgender Am. Vet. v. Secretary of Vet. Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

States of Washington, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New York, Nevada, Oregon, Pennsylvania, Rhode Island, and Vermont

| **Principal Counsel:** Beau "Sam" Sung | Admission Date: N/A |
|---|---|

Firm/Agency/Org.: Washington State Attorney General's Office - Civil Rights Division

Address: 800 Fifth Ave NE, Suite 2000, Seattle, WA 98104

| Phone: 206-389-2407 | Email: sam.sung@atg.wa.gov |
|---|---|
| **Other Counsel:** Marsha Chien | Admission Date: N/A |

Firm/Agency/Org.: Washington State Attorney General's Office - Solicitor General's Office

Address: P.O. Box 40100, Olympia, WA 98504-0110; 1125 Washington Street SE, Olympia, WA 98501

| Phone: 206-389-2406 | Email: marsha.chien@atg.wa.gov |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/5/24

Signature: /s/ Beau Sung

Name: Beau "Sam" Sung