FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** Transgender American Vet. Ass'n v. Secretary of Vet. Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

American Academy of Family Physicians, American College Health Association, American College of Physicians, LGBTQ Health Caucus within the American Public Health Association, North American Society for Pediatric and Adolescent Gynecology, and the World Professional Association for Transgender Health

| **Principal Counsel:** Jonathan K. Youngwood | Admission Date: 7/28/23 |
|---|---|
| Firm/Agency/Org.: Simpson Thacher & Bartlett LLP | |
| Address: 425 Lexington Avenue New York, NY 10017 | |

| Phone: (212) 455-2000 | Email: jyoungwood@stblaw.com |
|---|---|
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/5/24

Signature: s/ Jonathan K. Youngwood

Name: Jonathan K. Youngwood