No. 24-1714

# In the United States Court of Appeals for the Federal Circuit

---

TRANSGENDER AMERICAN VETERANS ASSOCIATION,

PETITIONER,

v.

SECRETARY OF VETERANS AFFAIRS,

RESPONDENT.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF MEDICAL AND MENTAL HEALTH PROFESSIONALS AS *AMICI CURIAE* IN SUPPORT OF PETITIONERS

---

Jonathan K. Youngwood

*Counsel of Record*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
jyoungwood@stblaw.com

## **REQUESTED RELIEF AND STATEMENT OF CONSENT**

Six major medical and mental health organizations—the American Academy of Family Physicians, American College Health Association, American College of Physicians, LGBTQ Health Caucus within the American Public Health Association, North American Society for Pediatric and Adolescent Gynecology, and the World Professional Association for Transgender Health—move for leave to file a brief as *amici curiae* in support of Petitioners. *See* Fed. R. App. 31(e). The proposed brief accompanies this motion. *See* Fed. R. App. P. 29(a)(3). The VA has given blanket consent to amicus briefs.

## **STATEMENT OF INTERESTS AND ARGUMENT**

*Amici Curiae* represent the interests of medical and mental health professionals dedicated to providing the proper health care and treatment for all individuals. *Amici* offer this brief to explain that the VA's categorical exclusion of medically necessary gender-affirming surgeries from its medical benefits package impinges upon medical and mental health professionals' ability to provide medically necessary care to each veteran patient with gender dysphoria. *Amici* represent well-recognized organizations that promulgate the leading standards of care in the field, individual medical professionals charged with ensuring proper treatment for their patients, and organizations that advocate for the interests of its LGBTQ+ and gender diverse veteran members.

*Amicus* the American Academy of Family Physicians ("AAFP") is one of the largest national medical organizations, representing 130,000 family physicians and medical students nationwide. Founded in 1947, AAFP seeks to improve the health of patients, families, and communities by advocating for the health of the public and by supporting its members in providing continuous comprehensive health care to all.

*Amicus* the American College Health Association ("ACHA") represents over 700 institutions of higher education and the collective health and wellness needs of 20 million college students. ACHA serves over 8,500 individual college health and wellness professionals and leaders of all disciplines united together to advance the health and wellness of college students.

*Amicus* the American College of Physicians ("ACP") is the largest medical specialty organization and the second largest physician membership society in the United States. ACP members include 161,000 internal medicine physicians, related subspecialists, and medical students. Internal medicine physicians are specialists who apply scientific knowledge, clinical expertise, and compassion to the preventive, diagnostic, and therapeutic care of adults across the spectrum from health to complex illness. ACP has a longstanding commitment to improving the health of all Americans and opposes any form of discrimination in the delivery of health care services. ACP is dedicated to eliminating disparities in the quality of or access to health care and is committed to working toward fully understanding the

unique needs of the LGBTQ+ community and eliminating health disparities for LGBTQ+ persons.

*Amicus* the Lesbian, Gay, Bisexual, and Transgender Health Caucus within the American Public Health Association (the "LGBTQ Health Caucus") has been an active group of interdisciplinary public health professionals committed to furthering LGBTQ+ issues within the American Public Health Association, and the field of public health at large since it was established in 1975. The LGBTQ Health Caucus is especially aligned with ensuring the health and well-being of transgender veterans, which is why it adamantly supports the Veterans Administration offering full coverage for all necessary surgeries in addition to other gender-affirming care. The LGBTQ Health Caucus includes public health professionals from many diverse disciplines, including researchers, clinicians, community health workers, public health students, and a diverse group of other public health professionals. The LGBTQ Health Caucus supports access and coverage of transition surgery for America's veterans. The VA has previously been at the forefront of ensuring that America's veterans receive the best world class healthcare for the entire range of their health needs, and the LGBTQ Health Caucus strongly urges the VA to not stop short of ensuring full coverage for surgery.

*Amicus* the North American Society for Pediatric and Adolescent Gynecology ("NASPAG") is a voluntary, non-profit organization devoted to conducting,

encouraging, and supporting programs of medical education and professional training in the field of pediatric and adolescent gynecology. It provides leadership while serving as a forum for research and promoting communication and collaboration among health care professionals on issues related to pediatric and adolescent gynecology. NASPAG members reside in all 50 states and in countries abroad. NASPAG is dedicated to providing multidisciplinary leadership in education, research and gynecologic care to improve the reproductive health of youth. Its focus is to serve and be recognized as the lead provider in PAG education, research and clinical care, conduct and encourage multidisciplinary and inter-professional programs of medical education and research in the field of PAG, and advocate for the reproductive well-being of children and adolescents and the provision of unrestricted, unbiased, and evidence-based practice of PAG.

*Amicus* the World Professional Association for Transgender Health ("WPATH") is an interdisciplinary professional association committed to developing the best practices and supportive policies to promote health, research, education, respect, dignity, and equality for transgender people in all settings. WPATH was founded in 1979 and based on the principles of Dr. Harry Benjamin, one of the first physicians to work with transgender individuals. It is the only medical association devoted solely to the study and treatment of gender dysphoria, and maintains a leading role in setting medically-accepted standards for

treatment. WPATH publishes *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People* that articulate a professional consensus about the medical, psychiatric, psychological, and surgical management of gender dysphoria. The *Standards of Care* recognize the role of surgery to change sex characteristics in treating gender dysphoria. WPATH also offers training for healthcare providers in the management of transgender health.

This Motion is necessary for *amici* to present their views to this Court. As demonstrated above, *amici* have extensive experience and expertise as medical and mental health professionals, including experience relating to LGBTQ+ health. Their views are relevant to demonstrate that the VA's categorical ban on gender-affirming surgeries to treat gender dysphoria create harm to transgender and gender diverse veterans. The view of medical and mental health organizes will aid in the disposition of this case because its expertise can inform the human health and welfare impact of the VA's categorical ban on gender-affirming surgery.

WHEREFORE, it is respectfully requested that this Court grant leave to file the brief submitted concurrently with this motion.

Dated: August 5, 2024

Respectfully submitted,

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood
SIMPSON THACHER &
BARTLETT LLP

425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Circuit Rule 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Federal Circuit Rule 32(b)(2), this document contains 1,037 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word, typeface Times New Roman, 14-point type. I relied on Microsoft Word's word count feature in preparing this certificate.

Dated: August 5, 2024

Respectfully submitted,

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 5th day of August, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: August 5, 2024

Respectfully submitted,

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com

*Counsel for Amici Curiae*