

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 6, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

## NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Transgender American Veterans Association is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's [Electronic Filing Procedures](#) ("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c). App'x 003-040 on page 4 is an example of improper format.

- Addendum material must adhere to the pagination requirements of Fed. Cir. R. 28(c)(2). Refer to the court's Electronic Filing Procedures ("Appendix Formatting") for acceptable pagination formats.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the

appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk