

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 7, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

## NOTICE OF NON-COMPLIANCE

The documents (Entry of Appearance; Certificate of Interest; Amicus Brief) submitted by Scholars Who Study The Transgender Population are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The name of the party is inconsistent. The name of the party or parties represented by counsel must match the answer to Statement 1 on the Certificate of Interest and Party Information on the Entry of Appearance. Fed. Cir. R. 47.3(a)(6) (Form 8A); Fed. Cir. R. 47.4(a) (Form 9).

- The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk