**FORM 9. CERTIFICATE OF INTEREST**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

Case Number: <u>24-1714</u>

Short Case Caption: <u>Transgender American Veterans Association v. Secretary of Veterans Affairs</u>

Filing Party/Entity: <u>Scholars Who Study the Transgender Population</u>

> Instructions:
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information is accurate and complete to the best of my knowledge.

August 8, 2024            /s/ *James E. Tysse*
                              James E. Tysse

**FORM 9. CERTIFICATE OF INTEREST**

1. **Represented Entities**.  The full name of all entities represented by undersigned counsel in this case are:

   Scholars Who Study the Transgender Population

2. **Real Party in Interest**.  The full name and affiliation of every scholar comprising the Scholars Who Study the Transgender Population are:

   Christopher S. Carpenter, Ph.D.
   Professor
   Department of Economics
   Vanderbilt University

   Andrew R. Flores, Ph.D.
   Assistant Professor
   American University
   Affiliated Scholar
   The Williams Institute
   UCLA School of Law

   Nanette Gartrell, M.D.
   Visiting Distinguished Scholar
   The Williams Institute
   UCLA School of Law

   Jody L. Herman, Ph.D.
   Reid Rasmussen Senior Scholar of Public Policy
   The Williams Institute
   UCLA School of Law

   Christy Mallory, J.D.
   Legal Director
   The Williams Institute
   UCLA School of Law

   Elana Redfield, J.D.
   Federal Policy Director

**FORM 9. CERTIFICATE OF INTEREST**

    The Williams Institute
    UCLA School of Law

    Brad Sears, J.D.
    Founding Executive Director
    The Williams Institute
    UCLA School of Law

    William Tentindo, J.D.
    Staff Attorney
    The Williams Institute
    UCLA School of Law

3.     The names of all parent corporations and any publicly held companies that own 10 percent of the party represented are:

    None.

4.     The names of all law firms and the partners or associates who are expected to appear in this court for *amici* are:

    James E. Tysse
    Akin Gump Strauss Hauer & Feld LLP
    2001 K Street NW
    Washington, DC 20006

    Zach ZhenHe Tan
    Akin Gump Strauss Hauer & Feld LLP
    100 Pine Street, Suite 3200
    San Francisco, CA 94111

    William Tentindo
    The Williams Institute
    UCLA School of Law
    1060 Veteran Avenue
    Los Angeles, CA 90095

**FORM 9. CERTIFICATE OF INTEREST**

5. Related Cases:

   N/A (amicus).

6. Organizational Victims and Bankruptcy Cases:

   None/Not Applicable.