

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

August 12, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document Amicus Curiae Brief submitted by Olympia, WA, Pittsburgh, PA, New York, NY, Santa Clara County, CA, Cleveland, OH, Miami Beach, FL, Alexandria, VA, Borough of Carlisle, PA, Yonkers, NY, Portland, OR, Ann Arbor, MI, Berkeley, CA, Cincinnati, OH, Lowell, MA, and West Hollywood, CA is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The case number on the document is incorrect or incomplete. Fed. R. App. P. 32(a)(2)(A); Fed. R. App. P. 32(c)(2)(A).

*Clerk's note: The brackets and the leading 0 need not be included with the case number.*

- The cover does not contain the nature of proceedings and the name of the originating court, agency, board, or commission. Fed. R. App. P. 29(a)(4) (amicus curiae brief).

- The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk