**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION,<br><br>                          Petitioner,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>                          Respondent. | No. 24-1714 |

**GOVERNMENT'S UNOPPOSED MOTION FOR FOURTEEN-DAY
EXTENSION OF TIME TO FILE RESPONSE**

For the following reasons, the government respectfully requests a 14-day extension of time, to and including **September 23, 2024**, in which to file its response brief in this matter. Petitioner consents to this request.

1. Petitioner Transgender American Veterans Association filed this action challenging the decision of the Secretary of Veterans Affairs to deny petitioner's rulemaking petition. Petitioner filed its opening brief on July 29, 2024. The government's response brief is currently due on September 9, 2024.

2. The government respectfully requests a 14-day extension of time, to and including September 23, 2024, in which to file its response brief. The government has not requested any prior extensions.

3. The requested extension is necessary to allow the government adequate time to determine an appropriate response to the petition and to prepare its response

brief. Preparation of the government's response will require extensive consultation with the affected agency, the U.S. Department of Veterans Affairs, and with components within the Department of Justice. In addition, David Peters, who has primary responsibility for preparing the government's response in this case, is also responsible for the following matters: *Kansas v. U.S. Dep't of Education*, No. 24-3097 (opening brief due Aug. 26, 2024); *Louisiana v. U.S. Dep't of Education*, No. 24-30399 (opening brief due Aug. 28, 2024); *Tennessee v. Cardona*, No. 24-5588 (reply brief due Sept. 3, 2024); *Bristol Myers Squibb Co. v. Becerra*, Nos. 24-1820, 24-1821 (response brief due Sept. 9, 2024). Mr. Peters is also responsible for various internal matters.

4. Petitioner's counsel authorized the government to state that petitioner consents to this motion.

                                Respectfully submitted,

                                GERARD J. SINZDAK
                                <u>/s/ David L. Peters</u>
                                DAVID L. PETERS
                                    *Attorneys, Appellate Staff*
                                    *Civil Division, Room 7209*
                                    *U.S. Department of Justice*
                                    *950 Pennsylvania Avenue NW*
                                    *Washington, DC 20530*
                                    *(202) 514-1673*

AUGUST 2024

# CERTIFICATE OF COMPLIANCE

I certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 263 words.

*/s/ David L. Peters*
David L. Peters

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ David L. Peters*
David L. Peters