## 24-1714

IN THE

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### FOR THE FEDERAL CIRCUIT

◆◆

TRANSGENDER AMERICAN VETERANS ASSOCIATION,

*Petitioner,*

— v. —

SECRETARY OF VETERANS AFFAIRS,

*Respondent.*

APPEAL OF DENIAL OF PETITION FOR RULEMAKING BY THE DEPARTMENT OF VETERANS AFFAIRS

### *CORRECTED* BRIEF OF IRAQ AND AFGHANISTAN VETERANS OF AMERICA AND SWORDS TO PLOWSHARES AS *AMICI CURIAE* IN SUPPORT OF PETITIONER AND REVERSAL

MARIE L. CARLISLE
BRIGETTE A. DECHANT
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002-6111
(713) 751-1600

MICHELLE N. TANNEY
MICHAEL A. SABELLA
TARA E. TURNER
ARIANA DINDIYAL
SHADE I. QUAILEY
DAPHNE GOKALAN
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 14th floor
New York, New York 10111
(212) 589-4200

*Counsel for Amici Curiae Iraq and Afghanistan
Veterans of America and Swords to Plowshares*

FORM 9. Certificate of Interest                                      Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

| | |
|---:|:---|
| **Case Number** | 24-1714 |
| **Short Case Caption** | In re Transgender American Veterans Association |
| **Filing Party/Entity** | Iraq and Afghanistan Veterans of America; Swords to Plowshares |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Dated: 08/13/2024              Signature:  /s/ Michelle N. Tanney

                               Name:       Michelle N. Tanney

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Iraq and Afghanistan Veterans of America | | |
| Swords to Plowshares | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable              ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)   ☐   No   ☑   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable              ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

# <u>TABLE OF CONTENTS</u>

<u>Page</u>

STATEMENT REGARDING AUTHORSHIP AND MONETARY
CONTRIBUTIONS ........................................................................................1

STATEMENT OF IDENTITY AND INTEREST OF *AMICI CURIAE* ...................2

SUMMARY OF ARGUMENT....................................................................................4

ARGUMENT .............................................................................................................11

I.     Comprehensive and Inclusive Health Care is Essential to the All-
       Volunteer Armed Forces. ...............................................................................11

II.    The VA's Continued Exclusion of Gender-Affirming Surgery as Part
       of Its Medical Benefits Package Harms Transgender Veterans....................16

       A.     Access to Gender-Affirming Surgery is a Vital Part of a
              Transgender Person's Health..............................................................16

       B.     Denying Gender-Affirming Care to Veterans Compounds
              Physical, Emotional, and Psychological Health Issues.......................20

CONCLUSION .........................................................................................................22

# <u>TABLE OF AUTHORITIES</u>

<u>Page(s)</u>

**Cases**

*Edmo v. Corizon, Inc.*,
   935 F.3d 757 (9th Cir. 2019) ...............................................................19

*Stevens v. Beard*,
   No. 19-15838, 2022 WL 17748110 (9th Cir. 2022).........................19

**Statutes**

5 U.S.C. § 706(2)(A)–(C) .......................................................................9

Affordable Care Act, 42 U.S.C. § 18116(a) ...........................................9

**Rules**

Fed. R. App. P. 29(a) ...............................................................................4

Fed. R. App. P. 29(a)(4)(E)(i)–(iii).........................................................1

**Other Authorities**

38 C.F.R. § 17.38(c)(4) ......................................................................4, 17

*2020 National Veteran Suicide Prevention Annual Report*, U.S. Dep't
   of Veterans Affs. Off. of Mental Health and Suicide Prevention
   (2020), https://perma.cc/2Z68-VGP4 ...............................................20

*A Brief History of LGBT Military Policy and Improving Acceptance,
   Integration and Health among LGBT Service Members*, USC
   Suzanne Dwork-Peck School of Social Work (Aug. 28, 2018),
   https://perma.cc/WL8F-9EP9 ............................................................12

Aaron Belkin, et al., *Readiness and DADT Repeal: Has the
   New Policy of Open Service Undermined the Military?*, 39
   Armed Forces & Soc'y 587, 587–601 (2013),
   https://perma.cc/LQC2-4JLE .............................................................13

*About*, U.S. Dep't of Def., https://perma.cc/X5J6-8QN5 (last visited
   July 24, 2024)......................................................................................3

Annie Karni, *V.A. Plans to Offer Gender Confirmation Surgeries for Transgender Veterans*, N.Y. Times (June 20, 2021, updated July 9, 2021), https://perma.cc/5BVL-C6NV ..................................................21

Anthony N. Almazan & Alex S. Keuroghlian, *Association Between Gender-Affirming Surgeries and Mental Health Outcomes*, 156 JAMA Surg. 611, 611–18 (2021), https://perma.cc/KHC4-6SJP ....................17

Bernard Rostker, *50 YEARS WITHOUT THE DRAFT: BEHIND THE BOLD MOVE THAT ENDED CONSCRIPTION, AND WHAT'S NEXT FOR THE ALL-VOLUNTEER FORCE*, Ass'n of the U.S. Army (Jan. 21, 2023), https://perma.cc/TJV6-MBAR ......................................11

*Biden-Harris Administration Advances Equality and Visibility for Transgender Americans*, The White House (Mar. 31, 2022), https://perma.cc/TQP4-87SS ..............................................................15

*Comment to Support Transgender Veterans*, Swords to Plowshares (Aug. 29, 2018), https://perma.cc/B5VB-WA7U ........................................18, 19

Criteria for Gender Dysphoria, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5 (5th ed. 2013), https://perma.cc/KA3S-YEMT ....................................................16

David Vergun, *DOD Addresses Recruiting Shortfall Challenges*, U.S. Dep't of Def. (Dec. 13, 2023), https://perma.cc/T996-576A ............................11

Denis McDonough, U.S. Sec'y of Veterans Affs., Orlando VA Healthcare System's 11th Annual Pride Month Celebration, Remarks by Secretary Denis R. McDonough (Jun. 19, 2021), *in* U.S. Dep't of Veterans Affs., Off. of Public and Intergov'tal Affs., https://perma.cc/ZUB5-CXUE  ...................................................7, 10

E. Coleman, et al., *Standards of Care for the Health of Transgender and Gender Diverse People*, 8 Int'l J. of Transgender Health S1, S128 (2022) (commonly referred to as the "WPATH Standards of Care"), https://perma.cc/4SZW-MMPR ..................................5, 17, 18

*Eligibility for VA health care*, U.S. Dep't of Veterans Affs. (May 15, 2024), https://perma.cc/DMN5-ZTUC ................................................8

Erin J. Kim, et al., *Impact of financial well-being on gender affirmation surgery access and hospital course,* J. Plast. Reconstr. Aesthet. Surg. 174, 174–81 (2023), https://perma.cc/4XSM-DU98 ..........................................................10, 16, 17, 20

Exclusion of Gender Alterations From the Medical Benefits Package, 83 Fed. Reg. 31711 (proposed July 9, 2018), https://perma.cc/N6YF-7J3S ...........................................................................6

Exec. Order No. 14,004, 86 Fed. Reg. 7471 (Jan. 28, 2021)...................................15

*Gender Dysphoria*, *The Diagnostic and Statistical Manual of Mental Disorders: DSM-5* (5th ed. 2013), https://perma.cc/KA3S-YEMT ...................16

I Care, U.S. Dep't of Veterans Affs. (Sept. 6, 2023), https://perma.cc/3TKY-JGWT ..........................................................................21

*Is military enlistment down?*, USAFacts (Nov. 24, 2023), https://perma.cc/JD6Z-DMXQ ...........................................................................11

Jay Caputo, *Should Transgender Persons Serve?*, U.S. Naval Inst. (Dec. 2017), https://perma.cc/R36C-UH8T....................................................12, 14

Jen Psaki & Denis McDonough, U.S. Press Sec'y & U.S. Sec'y of Veterans Affs., Press Briefing, *in* The White House (Mar. 4, 2021), https://perma.cc/Q72V-6WJQ ...........................................................................21

Jeremy A. Wernick, et al., *A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery*, 46 Urol. Clin. N. Am. 475, 475–86 (2019), https://perma.cc/5B58-VC4M ....................................................18

Jesse Lee, *The President Signs Repeal of "Don't Ask Don't Tell": "Out of Many, We Are One"*, The White House (Dec. 22, 2010, 12:35 PM), https://perma.cc/SVH7-AQDA ....................................................13

Jim Garamone, *Diversity, Equity, Inclusion Are Necessities in U.S. Military*, U.S. Dep't of Def. (Feb. 9, 2022), https://perma.cc/JF5V-LSRK ............................................................................................15

Kerry B. O'Leary & Marco Marcelli, *Mental Health Outcomes Among Transgender Veterans and Active-Duty Service Members in the United States: A Systematic Review*, 39 Fed. Prac. 418, 418–25 (2022), https://perma.cc/X66W-TCXM ..........................................10, 13, 14, 20

Leo Shane III, *Biden threatens VA budget veto over abortion, gender-affirming care*, FEDERAL TIMES (June 4, 2024), https://perma.cc/9ECD-MAXK ..........................................................16

Leo Shane III, *Transgender vets threaten to sue VA over delay in surgery options*, MilitaryTimes (Nov. 21, 2023), https://perma.cc/J9TZ-NWFC ...............................................4

Meghann Myers, *Two-Thirds of troops support allowing transgender service members in the military, Pentagon Study finds*, MilitaryTimes (Feb. 27, 2020), https://perma.cc/FH68-92RT ...........................15

Michael P. Hughes, *Factors Influencing Recruitment into the U.S. Armed Services: Could Health Insurance be a Motivator?*, 25 State Univ. of N.Y. Coll. at Buffalo - Buffalo State Coll. Master's Projects 1 (2017), https://perma.cc/PVJ6-EY9P ................................12

Michelle Dietert & Dianne Dentice, *The Transgender Military Experience: Their Battle for Workplace Rights*, 5(2) SAGE Open (Apr. 2015), https://perma.cc/5HKJ-4UJG ......................................13

N. A. Schvey, et al., *Stigma, health, and psychosocial functioning among transgender active duty service members in the U.S. military*, 5(2) Stigma and Health 188, 188–98 (2020), https://perma.cc/HVU4-AJ3Y ..............................................14

Natasha Schvey, *What Is It Like to Be Transgender in the U.S. Military? Stigma Leads to Worse Mental Health*, Am. Psych. Ass'n (Nov. 20, 2019), https://perma.cc/83QP-4BXB ......................................14

Pat Eaton-Robb, *Transgender veterans sue to have gender-affirming surgery covered by Department of Veteran Affairs*, AP News (Jan. 25, 2024, 4:53 PM EDT), https://perma.cc/ELS4-KVNP ...........................14, 15

Rachel Lipari, et al., *Suicidal Thoughts and Behaviors among Adults: Results from the 2014 National Survey on Drug Use and Health*, Nat'l Surv. on Drug Use & Health (Sept. 2015), https://perma.cc/N7JQ-6VTX ..............................................20

Rebecca Kheel, *No Timeline for Trans Vet Surgeries, VA Says 2 Years After Announcing Coverage*, Military.com (Jun. 9, 2023), https://perma.cc/DD93-AUQZ ..............................................21

Rebecca Kheel, *Restrictions on Transgender Health Care Slipped into Senate's Must-Pass Defense Bill*, Military.com (July 9, 2024, 5:16 PM), https://perma.cc/AVK9-KFBY ..................................................................16

Richard Bränström, et al., *Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study*, 177 Am. J. Psych. 727 (2019), https://perma.cc/C22P-URD7 ......................................10, 17, 18, 20

Sarah O. Meadows, et al., *2015 Department of Defense Health Related Behavior Survey*, 8 Rand Health Q. 5 (2018), https://perma.cc/682M-7CTX ..............................................................20

Sarah Pruitt, *Once Banned, Then Silenced: How Clinton's 'Don't Ask, Don't Tell' Policy Affected LGBTQ Military*, History (July 3, 2019), https://perma.cc/8PUW-TNT6 ..............................................13

Thomas Novelly, et al., *Big Bonuses, Relaxed Policies, New Slogan: None of It Saved the Military from a Recruiting Crisis in 2023*, Military.com (Oct. 13, 2023), https://perma.cc/2XD7-LR89 ..............................11

*VHA History*, U.S. Dep't of Veterans Affs. (Nov. 16, 2021), https://perma.cc/RUV2-UBDC ..............................................................4

## <u>STATEMENT REGARDING AUTHORSHIP AND MONETARY CONTRIBUTIONS</u>

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E)(i)–(iii), *amici curiae* state that no counsel for a party authored this brief in whole or in part, and no counsel or party made a monetary contribution intended to fund the preparation or submission of this brief. No persons other than *amici curiae* or their counsel made a monetary contribution to its preparation or submission.

## STATEMENT OF IDENTITY AND INTEREST OF *AMICI CURIAE*

*Amici curiae* Iraq and Afghanistan Veterans of America ("IAVA") and Swords to Plowshares ("Swords") are non-profit organizations dedicated to improving the lives of United States veterans after their service and ensuring they have access to all medical needs, including adequate health care.

IAVA is a nonprofit and nonpartisan organization dedicated to improving the lives of post-September 11, 2001 veterans and their families. It is the first and largest national veterans service organization that exclusively represents current and former volunteer service members of the armed forces. Its membership encompasses more than 425,000 veterans, service members, and civilian supporters across all fifty states.

Swords is a nonprofit organization founded by Vietnam-era veterans in 1974 that supports approximately 3,000 low-income and at-risk veterans in the San Francisco Bay area. It provides a range of services that address veterans' basic needs and promotes overall health and well-being, including access to health care, counseling, housing support, employment, and benefits assistance.

Through its Legal Services Unit, Swords provides pro bono advice and representation to veterans regarding benefits claims to the United States Department of Veterans Affairs ("VA") and discharge upgrades from the United States Department of Defense (the "Defense Department"). The organization also protects

the rights of veterans through advocacy, public education, and partnerships with local, state, and national entities.

Organized under the Defense Department, the armed forces are comprised of the Army, Marine Corps, Navy, Air Force, Space Force, and Coast Guard.[1] Today, the armed forces are an all-volunteer force whose strength is contingent on having the widest recruitment pool possible.

To attract prospects, the armed forces must ensure that those who volunteer and risk their lives through their tenure receive the best possible support, both during and after their service ends. Incentives such as comprehensive health care for veterans, including transgender veterans, are helpful tools for recruiters, especially where certain volunteers may be interested in the promise of a career rather than inspired by a cause. However, this health care does not currently cover gender-affirming surgery for transgender veterans. This medically necessary and often life-saving care is a grave omission from veterans' health care offerings.

*Amici curiae* have a strong interest in advocating for and aiding transgender veterans, including the expansion of gender-affirming care currently offered to encompass gender-affirming surgery. This position aligns with the organizations' history of fighting to ensure that every able-bodied American that wants to serve

---

[1] The Army National Guard and Air National Guard are reserve components of the armed forces and operate in part under state authority. *See About*, U.S. Dep't of Def., https://perma.cc/X5J6-8QN5 (last visited July 24, 2024).

can, and that all veterans receive the necessary support and health care after their service. Members of both organizations know the challenges of maintaining an all-volunteer force and believe that fully comprehensive and inclusive health benefits offered by the VA will result in a volunteer force that appeals to the maximum number of American citizens, thereby strengthening enlistment. *Amici curiae* file this brief with the consent of the parties as required by Federal Rule of Appellate Procedure 29(a).

## SUMMARY OF ARGUMENT

The VA, through its Health Administration, provides medical services to "meet Veterans' changing medical, surgical and quality-of-life needs."[2] However, this mission is belied by the VA's express exclusion of a crucial health care need for transgender veterans: gender-affirming surgery.[3] For over eight years, veterans and LGBTQIA+ organizations have petitioned the VA to repeal or amend 38 C.F.R. § 17.38(c)(4), which categorically excludes "gender alterations" from the VA's Medical Benefits Package.[4] Relevant here, in May 2016, transgender veterans Dee

---

[2] *VHA History*, U.S. Dep't of Veterans Affs. (Nov. 16, 2021), https://perma.cc/RUV2-UBDC.

[3] Leo Shane III, *Transgender vets threaten to sue VA over delay in surgery options*, MilitaryTimes (Nov. 21, 2023), https://perma.cc/J9TZ-NWFC.

[4] The *Fulcher* litigation described the health care at issue as "sex reassignment surgery," however, the applicable Code of Federal Regulations states that "gender alterations" are excluded under the VA's medical benefits package. *See* 38 C.F.R. § 17.38(c)(4). "Gender alterations" are also commonly referred to as "gender-

Fulcher and Giuliano Silva, along with the Transgender American Veterans Association ("TAVA," and with Ms. Fulcher and Mr. Silva, the "2016 Petitioners"), petitioned the VA to undertake a rulemaking to repeal or amend the rule excluding gender-affirming surgery. *See* Pet. for Rulemaking, *Fulcher v. Sec'y of Veterans Affs.*, No. 17-1460 (Fed. Cir. Jun. 21, 2017), Dkt. No. 1 (the "Rulemaking Petition"). By November 2016, the VA signaled it would not explore a policy change. Letter from David J. Shulkin, M.D., Under Secretary of Veterans Affairs for Health, to Senator Elizabeth Warren, et al., Attach. to Brief for 2016 Petitioners at 70, *Fulcher v. Sec'y of Veterans Affs.*, No. 17-1460 (Fed. Cir. Jun. 21, 2017), Dkt. No. 27. In response, the 2016 Petitioners sought this Court's intervention. Brief for 2016 Petitioners, *Fulcher v. Sec'y of Veterans Affs.*, No. 17-1460 (Fed. Cir. Jun. 21, 2017), Dkt. No. 28.

---

affirming surgery"—an umbrella term encompassing the full variety of surgeries transgender people seek to change their physical appearance and functional abilities to conform with their gender identity. *See* E. Coleman, et al., *Standards of Care for the Health of Transgender and Gender Diverse People*, 8 Int'l J. of Transgender Health S1, S128 (2022) (commonly referred to as the "WPATH Standards of Care"), https://perma.cc/4SZW-MMPR. These surgeries include facial feminization surgery, breast augmentation, orchiectomy, vaginoplasty, and more for transfeminine people and double-mastectomy, hysterectomy, phalloplasty, and more for transmasculine people. *Id.* "Sex reassignment surgery" is typically used to describe a narrow category of gender-affirming surgeries that alter a transgender person's sexual function, such as vaginoplasty or phalloplasty. Because the health care at issue here concerns coverage for gender-affirming surgeries writ large, this brief employs the term "gender-affirming surgery." *Id.*

On appeal, the 2016 Petitioners argued that the regulation violated the Equal Protection Clause of the Fifth Amendment because it discriminated against transgender veterans on the basis of their sex and transgender status. *Id.* Over 80 organizations filed amicus briefs in support of the 2016 Petitioners, including: retired officers of the armed forces; leading medical and mental health professionals; leading veterans', LGBTQIA+, and reproductive justice organizations; and various U.S. cities and states. Briefs, *Fulcher v. Sec'y of Veterans Affs.*, No. 17-1460 (Fed. Cir. Jun. 28, 2017), Dkt. Nos. 33, 35, 39, 46, 48, 57, 69, 71–73, 76, & 91.

In response to the *Fulcher* litigation, in July 2018, the VA announced that it would move forward with the Rulemaking Petition and solicit public comments on whether to remove its categorical exclusion of gender-affirming surgery from the VA Medical Benefits Package.[5] Pursuant to, and in reliance on this announcement, the 2016 Petitioners dismissed their case before this Court. 2016 Petitioners' Unopposed Mot. for Voluntary Dismissal, *Fulcher v. Sec'y of Veterans Affs.*, Case No. 17-1460 (Fed. Cir. July 27, 2018), Dkt. No. 145.

However, the rule excluding gender-affirming surgery remained in place. In June 2021 (recognized as "Pride Month"), VA Secretary Denis McDonough announced that "the [VA is] taking the first necessary steps to expand VA's care to

---

[5] Exclusion of Gender Alterations From the Medical Benefits Package, 83 Fed. Reg. 31711 (proposed July 9, 2018).

include gender confirmation surgery, thus allowing transgender Vets to go through the full gender confirmation process with VA by their side."[6] In his remarks, Secretary McDonough acknowledged that not only is a rule change the "right thing to do," it would also "save lives."[7] Despite these comments, the VA failed to take public action.

In response to the VA's dilatory conduct, approximately two-and-a-half years later, in January 2024, TAVA filed a writ of mandamus requesting this Court compel a formal response from the VA to the Rulemaking Petition. *See In re Transgender Am. Veterans Ass'n*, No. 24-108 (Fed. Cir. Jan. 25, 2024), Dkt. No. 2. *Amici curiae* filed separate amicus briefs in support, with IAVA arguing, as here, that excluding gender-affirming surgery from the VA's health care benefits results in, among other things, increased difficulties in the armed forces' recruitment efforts. *See In re Transgender Am. Veterans Ass'n*, No. 24-108 (Fed. Cir. Jan. 29, 2024), Dkt. Nos. 13, 16. On February 22, 2024, the VA responded by denying the Rulemaking Petition, stating "it is not ready at this time to initiate a rulemaking addressing the specific regulatory changes proposed in the petition." Letter from Denis McDonough,

---

[6] Denis McDonough, U.S. Sec'y of Veterans Affs., Orlando VA Healthcare System's 11th Annual Pride Month Celebration, Remarks by Secretary Denis R. McDonough (Jun. 19, 2021), *in* U.S. Dep't of Veterans Affs., Off. of Public and Intergov'tal Affs., https://perma.cc/ZUB5-CXUE.

[7] *Id.*

Secretary of Veterans Affairs, to Ilona Turner, et al., Attach. to Brief for TAVA at 46, *Transgender Am. Veterans Ass'n v. Sec'y of Veterans Affs.*, No. 24-1714 (Fed. Cir. Apr. 15, 2024), Dkt. No. 1-2. The VA's decision mooted TAVA's mandamus petition and the briefs filed in support.

To justify its decision, the VA stated that it was "not ready at this time to initiate a rulemaking" because it needs to consider and analyze estimates and data collected under Section 103 of the Sergeant First Class Heath Robinson Honoring our Promise to Address Comprehensive Toxics (PACT) Act of 2022 (the "PACT Act") to determine "how and when it might ultimately provide gender affirming surgery." Letter from Denis McDonough, Secretary of Veterans Affairs, to Ilona Turner, et al., Attach. to Brief for TAVA at 46, *Transgender Am. Veterans Ass'n v. Sec'y of Veterans Affs.*, No. 24-1714 (Fed Cir. Apr. 15, 2024), Dkt. No. 1. The PACT Act, however, is not materially related to the Secretary's promise to expand the VA's health care benefits to include gender-affirming surgery; rather, the law expands the eligibility for health care benefits to veterans with toxic exposures, including burn pits.[8] The VA's claim that the PACT Act somehow stalls its ability to provide gender-affirming surgery to transgender veterans is therefore not only false but disingenuous. The VA's denial also runs contrary to its many public statements

---

[8] *Eligibility for VA health care*, U.S. Dep't of Veterans Affs. (May 15, 2024), https://perma.cc/DMN5-ZTUC.

supporting gender-affirming surgery for veterans and to its three years of promising to provide such care. Moreover, to the extent the VA firmly believes the PACT Act frustrates the inclusion of gender-affirming surgery from its health care benefits, it fails to explain why it waited 18 months after the bill was signed into law to say so. It also says nothing of the VA's six years of inaction prior to the enactment of the PACT Act.

On April 15, 2024, TAVA filed its petition for review of the VA's denial of its rulemaking petition. TAVA asserts, and *amici curiae* agree, that the VA's denial of the Rulemaking Petition—a decision which runs in parallel to the dramatic increase in transphobia and anti-trans legislation being introduced and, in some cases, enacted across the country—should be overturned for three reasons.

First, the VA's exclusion of gender-affirming surgery violates the Administrative Procedure Act because its denial of access to medically necessary gender-affirming care is arbitrary and capricious. *See* 5 U.S.C. § 706(2)(A)–(C). Second, it discriminates against veterans based on their gender and fails to meet the intermediate scrutiny standard under the Equal Protection Clause. Third, the VA's denial exceeds the statutory authority provided by Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116(a), because it impermissibly discriminates based on sex in the execution of a federally administered health care program. *See* Pet. for Review, No. 24-1714 (Fed. Cir. Apr. 15, 2024), Dkt. No. 1-2.

Studies show that transgender individuals are more likely to: (i) seek treatment for mood or anxiety disorders; (ii) be prescribed medications to treat anxiety and depression; and (iii) be hospitalized for suicide attempts.[9] Gender-affirming care is therefore both essential and lifesaving. As noted above, Secretary McDonough acknowledged the importance and life-saving nature of gender-affirming surgery to treat gender dysphoria.[10] The fact that the VA provides gender-affirming care for veterans up to, but excluding, gender-affirming surgery paints the VA's actions as inherently arbitrary.

The VA's denial of the Rulemaking Petition should be reversed because the VA's decision not only harms the armed forces' recruitment efforts by potentially dissuading individuals that are ready, willing, and able to serve, but it also further compounds the physical, emotional, and psychological harms to which transgender veterans are frequently subjected.[11] The necessity of this medical care cannot be

---

[9] Erin J. Kim, et al., *Impact of financial well-being on gender affirmation surgery access and hospital course*, 85 J. Plast. Reconstr. Aesthet. Surg. 174, 174–81 (2023), https://perma.cc/4XSM-DU98; Richard Bränström, et al., *Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study*, 177 Am. J. Psych. 727, 731 (2019), https://perma.cc/C22P-URD7.

[10] McDonough, *supra* note 6.

[11] *See* Kerry B. O'Leary & Marco Marcelli, *Mental Health Outcomes Among Transgender Veterans and Active-Duty Service Members in the United States: A Systematic Review*, 39 Fed. Prac. 418, 418–25 (2022), https://perma.cc/X66W-TCXM.

overstated and the VA's refusal to provide gender-affirming surgery runs afoul of its mission of providing comprehensive care to those who bravely and patriotically served in the armed forces.

## ARGUMENT

### I.    Comprehensive and Inclusive Health Care is Essential to the All-Volunteer Armed Forces.

Since the draft ended in January 1973, the armed forces have depended on volunteers to enlist.[12] However, volunteer recruitment has steadily declined over the last several decades, resulting in "unprecedented recruitment challenges."[13] For example, the Navy, Marine Corps, and Air Force failed to meet their recruitment goals by the end of the 2023 fiscal year,[14] despite "loosened and more progressive enlistment requirements."[15] Data examined by the U.S. Naval Institute indicates that "more than 70% of the population between ages 17–24 is unable to meet eligibility requirements" and "of those eligible to join, many are recruited by other employers

---

[12] Bernard Rostker, *50 YEARS WITHOUT THE DRAFT: BEHIND THE BOLD MOVE THAT ENDED CONSCRIPTION, AND WHAT'S NEXT FOR THE ALL-VOLUNTEER FORCE*, Ass'n of the U.S. Army (Jan. 21, 2023), https://perma.cc/TJV6-MBAR.

[13] *Is military enlistment down?*, USAFacts (Nov. 24, 2023), https://perma.cc/JD6Z-DMXQ.

[14] David Vergun, *DOD Addresses Recruiting Shortfall Challenges*, U.S. Dep't of Def. (Dec. 13, 2023), https://perma.cc/T996-576A.

[15] Thomas Novelly, et al., *Big Bonuses, Relaxed Policies, New Slogan: None of It Saved the Military from a Recruiting Crisis in 2023*, Military.com (Oct. 13, 2023), https://perma.cc/2XD7-LR89.

or simply are not interested in serving."[16] Without consistent numbers of eligible

recruits, the armed forces cannot be sufficiently sustained to defend the country.[17]

Studies show that access to health care coverage, both during and after service,

can influence an individual's decision to enlist.[18] In 2017, a survey showed that free

lifetime health care benefits for all veterans would increase enlistment for the all-

volunteer forces.[19]

Historically, the armed forces have not welcomed everyone to serve, as

exemplified by prior discrimination against the LGBTQIA+ community, and in

some cases, specific discrimination of transgender people. In 1982, the Defense

Department sanctioned a policy stating that "homosexuality is incompatible with

military service."[20] Further, in 1993, President Bill Clinton issued Defense Directive

---

[16] Jay Caputo, *Should Transgender Persons Serve?*, U.S. Naval Inst. (Dec. 2017), https://perma.cc/R36C-UH8T.

[17] *Id.*

[18] Michael P. Hughes, *Factors Influencing Recruitment into the U.S. Armed Services: Could Health Insurance be a Motivator?*, 25 State Univ. of N.Y. Coll. at Buffalo - Buffalo State Coll. Master's Projects 1, 1–39 (2017), https://perma.cc/PVJ6-EY9P.

[19] *Id.*

[20] *A Brief History of LGBT Military Policy and Improving Acceptance, Integration and Health among LGBT Service Members*, USC Suzanne Dwork-Peck School of Social Work (Aug. 28, 2018), https://perma.cc/WL8F-9EP9.

13014.26, "Don't Ask, Don't Tell" ("DADT"),[21] which was intended to allow gay, lesbian, and bisexual Americans to serve in the armed forces if they did not disclose their sexual orientation.[22] Although President Barack Obama signed a repeal of DADT in 2010,[23] DADT was not officially repealed by his administration until July 2011.[24] Studies conducted since DADT's repeal found that homosexuals were never a threat to military readiness.[25] In fact, allowing gay, lesbian, and bisexual service members to serve openly following DADT's repeal enhanced U.S. national security.[26] Regardless, in 2018, President Donald Trump implemented a new discriminatory policy which disqualified from enlistment in the armed forces any

---

[21] Michelle Dietert & Dianne Dentice, *The Transgender Military Experience: Their Battle for Workplace Rights*, 5(2) SAGE Open (Apr. 2015), https://perma.cc/5HKJ-4UJG.

[22] O'Leary & Marcelli, *supra* note 11. Under DADT, a service member could be removed if they engaged in a "homosexual act, admitted they were homosexual or bisexual and/or attempted to marry someone of the same gender." *Id.* By 2009, the military had discharged more than 13,000 LGTBQ+ service members under DADT. Sarah Pruitt, *Once Banned, Then Silenced: How Clinton's 'Don't Ask, Don't Tell' Policy Affected LGBTQ Military*, History (July 3, 2019), https://perma.cc/8PUW-TNT6.

[23] Jesse Lee, *The President Signs Repeal of "Don't Ask Don't Tell": "Out of Many, We Are One"*, The White House (Dec. 22, 2010, 12:35 PM), https://perma.cc/SVH7-AQDA.

[24] *See* Dietert & Dentice, *supra* note 21.

[25] Aaron Belkin, et al., *Readiness and DADT Repeal: Has the New Policy of Open Service Undermined the Military?*, 39 Armed Forces & Soc'y 587, 587–601 (2013), https://perma.cc/LQC2-4JLE.

[26] *Id.*

"transgender person[] with a history or diagnosis of gender dysphoria."[27] That policy exacerbated the already "stigmatizing experiences" of transgender service members, which, in turn, are often "associated with worse mental health, including greater depression, anxiety and stress" (as more fully discussed in Section II below).[28]

Yet, despite this history of discrimination and mistreatment, transgender people remain "ready, willing and able" to serve.[29] In fact, transgender people have served in the armed forces or are currently serving, both here and abroad.[30] At present, there are an estimated 150,000 living transgender veterans in the United States.[31] Excluding the United States, eighteen countries currently accept transgender military recruits.[32]

According to the U.S. Naval Institute, "the military values diversity, not for demographics themselves, but for diversity of thought. Different perspectives,

---

[27] *See* O'Leary & Marcelli, *supra* note 11.

[28] Natasha Schvey, *What Is It Like to Be Transgender in the U.S. Military? Stigma Leads to Worse Mental Health*, Am. Psych. Ass'n (Nov. 20, 2019), https://perma.cc/83QP-4BXB (citing to N. A. Schvey, et al., *Stigma, health, and psychosocial functioning among transgender active duty service members in the U.S. military*, 5(2) Stigma and Health 188, 188–98 (2020), https://perma.cc/HVU4-AJ3Y).

[29] *See* Caputo, *supra* note 16.

[30] *Id.*

[31] Pat Eaton-Robb, *Transgender veterans sue to have gender-affirming surgery covered by Department of Veteran Affairs*, AP News (Jan. 25, 2024, 4:53 PM EDT), https://perma.cc/ELS4-KVNP.

[32] *Id.*

backgrounds and experience, including those unique to transgender members, all contribute to an ability to see problems differently and devise creative solutions."[33] "The nation needs the best, strongest, most lethal military possible, and transgender service fully supports that goal."[34] In fact, contrary to the arguments of "military readiness" and unit disharmony, a Defense Department-funded study found that 66% of active-duty soldiers, sailors, airmen, and Marines support the idea of serving alongside transgender personnel.[35]

Given the correlation between diversity and a robust military force,[36] and the shift in policy and views on transgender service members, it is only logical, and perhaps imperative, to remove unnecessary barriers to recruitment efforts. This is why, on January 25, 2021, President Joseph Biden reversed his predecessor's ban on transgender people serving in the military.[37] *See* Exec. Order No. 14,004, 86 Fed. Reg. 7471 (Jan. 28, 2021). Despite President Biden's reversal, conservative politicians continue to attempt to restrict service members, their families, and

---

[33] *Id*.

[34] *Id.*

[35] Meghann Myers, *Two-Thirds of troops support allowing transgender service members in the military, Pentagon Study finds*, MilitaryTimes (Feb. 27, 2020), https://perma.cc/FH68-92RT.

[36] Jim Garamone, *Diversity, Equity, Inclusion Are Necessities in U.S. Military*, U.S. Dep't of Def. (Feb. 9, 2022), https://perma.cc/JF5V-LSRK.

[37] *Biden-Harris Administration Advances Equality and Visibility for Transgender Americans*, The White House (Mar. 31, 2022), https://perma.cc/TQP4-87SS.

veterans' access to gender-affirming care through amendments to the National Defense Authorization Act and the VA's budget.[38] This is why, to best support transgender Americans willing to serve, and to avoid deterring possible recruits, the VA must support all veterans equally after their service. To do so requires that the VA cover gender-affirming surgery for transgender veterans.

## II.    The VA's Continued Exclusion of Gender-Affirming Surgery as Part of Its Medical Benefits Package Harms Transgender Veterans.

### A.    Access to Gender-Affirming Surgery is a Vital Part of a Transgender Person's Health.

Transgender individuals experience incongruity between their gender identity and their sex assigned at birth, a condition known as gender dysphoria.[39] Gender dysphoria can result in a myriad of mental health issues such as depression, anxiety, and self-harm.[40] Compared to the general populace, studies show that transgender individuals are about six times more likely to seek health treatment for mood or anxiety disorders, between three to four times more likely to have received

---

[38] Rebecca Kheel, *Restrictions on Transgender Health Care Slipped into Senate's Must-Pass Defense Bill*, Military.com (July 9, 2024, 5:16 PM), https://perma.cc/AVK9-KFBY; Leo Shane III, *Biden threatens VA budget veto over abortion, gender-affirming care*, FEDERAL TIMES (June 4, 2024), https://perma.cc/9ECD-MAXK.

[39] *Criteria for Gender Dysphoria*, *The Diagnostic and Statistical Manual of Mental Disorders: DSM–5* (5th ed. 2013), https://perma.cc/KA3S-YEMT.

[40] Kim, *supra* note 9.

prescriptions to treat depression and anxiety, and more than six times more likely to have been hospitalized for suicide attempts.[41]

Access to gender-affirming health care for transgender individuals is therefore critical in treating gender dysphoria and alleviating associated mental health risks.[42] A key element of this health care is gender-affirming surgery, a constellation of medically necessary procedures designed to align a person's body with their gender identity.[43] Such procedures include gender-affirming chest surgery, phalloplasty, and metoidioplasty for transgender individuals assigned female at birth, and facial feminization surgery, orchiectomy, and vagino/vulvoplasty for transgender individuals assigned male at birth.[44]

Gender-affirming surgeries dramatically reduce gender dysphoria and its concomitant effects, including psychological distress and negative mental health implications. Recipients of gender-affirming surgery report a significant improvement in their mental health as a result.[45] One study reveals that a transgender

---

[41] *Id.*; Bränström, *supra* note 9.

[42] Bränström, *supra* note 9.

[43] *See generally supra* note 4.

[44] *See generally supra* note 4; *see also* Kim, *supra* note 9; Anthony N. Almazan & Alex S. Keuroghlian, *Association Between Gender-Affirming Surgeries and Mental Health Outcomes*, 156 JAMA Surg. 611, 611–18 (2021), https://perma.cc/KHC4-6SJP.

[45] Kim, *supra* note 9.

individual's propensity to seek mental health treatment following gender-affirming surgery fell at a rate of eight percent every year over a 10-year follow-up period.[46] Studies further demonstrate that gender-affirming surgeries have a positive impact on several specific constructs associated with psychological well-being, with patients reporting significant improvements in quality of life, body image satisfaction, and overall psychiatric functioning.[47] In fact, less than one percent of patients who underwent gender-affirming surgery expressed regret afterwards.[48]

Importantly, veterans services organizations are supportive of implementing this change. As noted by *amicus curiae* Swords, exclusion of gender-affirming surgery from VA health care is not only "harmful" but can put "lives at risk."[49] A focus group administered by the organization found that one of the most common complaints among transgender veterans was their inability to receive gender-affirming surgery.[50] As one veteran lamented, the VA is "way behind."[51] Another

---

[46] Bränström, *supra* note 9.

[47] Jeremy A. Wernick, et al., *A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery*, 46 Urol. Clin. N. Am. 475, 475–86 (2019), https://perma.cc/5B58-VC4M.

[48] Coleman, *supra* note 4, at S128–34.

[49] *Comment to Support Transgender Veterans*, Swords to Plowshares (Aug. 29, 2018), https://perma.cc/B5VB-WA7U.

[50] *Id.*

[51] *Id.*

transgender veteran remarked, that "it seemed really odd . . . that as a VA employee, I qualified for [gender-affirmation surgery] but as a combat vet, I don't."[52]

In recent years, federal courts considered whether cruel and unusual punishment through deliberate indifference to "serious medical needs" of transgender prisoners violated their Eighth Amendment rights. *Edmo v. Corizon, Inc.*, 935 F.3d 757, 766–801 (9th Cir. 2019) (finding gender-affirming surgery is "medically necessary" and appropriate medical treatment for gender dysphoria, and denial of that treatment was a violation of a transgender prisoner's Eighth Amendment rights); *see Stevens v. Beard*, No. 19-15838, 2022 WL 17748110, at *1 (9th Cir. 2022) (recognizing that gender-affirming surgery is "medically necessary" and the fact that plaintiff had not received it three years after it was approved was not only a "prolonged delay" but a failure to grant "effective relief"). In weighing these concerns, courts historically relied on the World Professional Association for Transgender Health's Standards of Care conclusion that gender-affirming surgeries are "medically necessary" health care for transgender individuals, in part, due to their efficacy in treating gender dysphoria. *See Edmo*, 935 F.3d at 766–801; *Stevens*, 2022 WL 17748110, at *1.

Thus, both courts and medical professionals agree that denying access to gender-affirming surgery deprives transgender people of medically necessary care.

---

[52] *Id.*

### B.    Denying Gender-Affirming Care to Veterans Compounds Physical, Emotional, and Psychological Health Issues.

As discussed, gender dysphoria subjects the general transgender population to elevated risks of depression, anxiety, and self-harm as compared to the general populace.[53] Additionally, the general veteran population suffers from higher percentages of mental health issues and greater risk for suicide relative to civilians and nonveterans.[54] Thus, unsurprisingly, data suggests that transgender active-duty service members and veterans experience worse mental health outcomes than their cisgender counterparts.[55] Issues like sexual trauma in the military, drug and alcohol-related disorders, and severe mental health outcomes, including elevated instances of measured suicidality and self-injury, are more prevalent among transgender veterans compared with their cisgender counterparts.[56]

Despite all evidence suggesting that access to medically necessary care and procedures results in numerous and significant positive health impacts, transgender

---

[53] Kim, *supra* note 9; *see also* Bränström, *supra* note 9.

[54] Sarah O. Meadows, et al., *2015 Department of Defense Health Related Behavior Survey*, 8 Rand Health Q. 5 (2018), https://perma.cc/682M-7CTX; Rachel Lipari, et al., *Suicidal Thoughts and Behaviors among Adults: Results from the 2014 National Survey on Drug Use and Health*, Nat'l Surv. on Drug Use & Health (Sept. 2015), https://perma.cc/N7JQ-6VTX; *2020 National Veteran Suicide Prevention Annual Report*, U.S. Dep't of Veterans Affs. Off. of Mental Health and Suicide Prevention (2020), https://perma.cc/2Z68-VGP4.

[55] O'Leary & Marcelli, *supra* note 11.

[56] *Id.*

people face significant disparities in accessing such treatment in the United States. Although Secretary McDonough affirmed in 2021 that the VA was "fully committed to fulfilling the sacred obligation that [it] made to those who serve in uniform,"[57] nearly three years later, the VA denied the Rulemaking Petition and the VA's rule excluding gender-affirming surgery remains in place.[58] The VA's failure to provide medically necessary health care to a distinctly vulnerable population of veterans can only be understood as an abdication of the VA's sacred obligation and an abandonment of those transgender service members that voluntarily put themselves on the front lines in defense of this country.

---

[57] Jen Psaki & Denis McDonough, U.S. Press Sec'y & U.S. Sec'y of Veterans Affs., *Press Briefing*, *in* The White House (Mar. 4, 2021), https://perma.cc/Q72V-6WJQ; I Care, U.S. Dep't of Veterans Affs. (Sept. 6, 2023), https://perma.cc/3TKY-JGWT.

[58] Rebecca Kheel, *No Timeline for Trans Vet Surgeries, VA Says 2 Years After Announcing Coverage*, Military.com (Jun. 9, 2023), https://perma.cc/DD93-AUQZ; Annie Karni, *V.A. Plans to Offer Gender Confirmation Surgeries for Transgender Veterans*, N.Y. Times (June 20, 2021, updated July 9, 2021), https://perma.cc/5BVL-C6NV.

## <u>CONCLUSION</u>

*Amici curiae* respectfully urge the Court to reverse the VA's denial of the Rulemaking Petition or remand the decision to the VA to initiate rulemaking proceedings.

Dated:   August 13, 2024

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Michelle N. Tanney*
　　　MICHELLE N. TANNEY
　　　MICHAEL A. SABELLA
　　　TARA E. TURNER
　　　ARIANA DINDIYAL
　　　SHADE I. QUAILEY
　　　DAPHNE GOKALAN
　　　45 Rockefeller Plaza
　　　14th Floor
　　　New York, New York 10111
　　　(212) 589-4200

　　　MARIE L. CARLISLE
　　　BRIGETTE A. DECHANT
　　　811 Main Street
　　　Suite 1100
　　　Houston, Texas 77002
　　　(713) 751-1600

　　　*Counsel for Amici Curiae*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 24-1714

**Short Case Caption:** In re Transgender American Veterans Association

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✓] the filing has been prepared using a proportionally-spaced typeface and includes 4,582 words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Signature: /s/ Michelle N. Tanney

Name: Michelle N. Tanney

Dated: 08/13/2024

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 24-1714

**Short Case Caption** Transgender American  v. Secretary of Veterans Affairs

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  08/13/2024

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Michael J. Wishnie<br>Attorney for Petitioner | Jerome N. Frank Legal Services Organization / Yale School of Law<br>PO Box 209090, New Haven, CT 06520, michael.wishnie@ylsclinics.org |
| Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice Attorneys for Respondent | US Department of Justice / Commercial Litigation Branch, Civil Division<br>PO Box 480 , Ben Franklin Station, Washington, DC 20044, c-natcourts.appeals@usdoj.gov |
| | |
| | |
| | |

☐   Additional pages attached.

Signature:  /s/ Michelle N. Tanney

Dated: 08/13/2024

Name:  Michelle N. Tanney