NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

2024-1714

Petition for review pursuant to 38 U.S.C. Section 502.

**ON MOTION**

**O R D E R**

Upon consideration of the government's unopposed motion for an extension of time to file its response brief, up to and including September 23, 2024,

IT IS ORDERED THAT:

2　　TRANSGENDER AMERICAN VETERANS ASSOCIATION v.
　　　　　SECRETARY OF VETERANS AFFAIRS

The motion is granted.

FOR THE COURT

August 16, 2024　　　　Jarrett B. Perlow
　　Date　　　　　　　　　Clerk of Court