# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION, <br><br> Petitioner, <br><br> v. <br><br> SECRETARY OF VETERANS AFFAIRS, <br><br> Respondent., | No. 24-1714 |

## NOTICE OF FILING OF SECOND AMENDED INDEX OF RECORD

On May 29, 2024, the Secretary of Veterans Affairs filed an index of record relating to the February 22, 2024 denial of petitioner's rulemaking petition. Upon further review, the Secretary files the attached second amended index of record.[1]

Respectfully submitted,

GERARD J. SINZDAK

/s/ David L. Peters
DAVID L. PETERS
  Attorneys, Appellate Staff
  Civil Division, Room 7209
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 514-1673

AUGUST 2024

---

[1] Additional or modified entries to the index are marked with an asterisk(*).

**Second Amended Index of Record of Department of Veterans Affairs'
February 22, 2024 Denial of Petitioner's Rulemaking Petition**

1.   Petition for Rulemaking to Promulgate Regulations Governing Provision of Sex Reassignment Surgery to Transgender Veterans, with attachments, May 9, 2016.

2.   U.S. Department of Veterans Affairs, RIN 2900-AP69, "Removing Exclusion of Gender Alterations from the Medical Benefits Package," Spring 2016.

3.   Letter from Members of Congress to the Honorable Robert McDonald, Secretary, U.S. Department of Veterans Affairs, June 22, 2016.

4.   U.S. Department of Veterans Affairs, "Economic Impact Analysis for RIN 2900-AP69, Removing Gender Alterations Restriction from the Medical Benefits Package," July 29, 2016.

5.   Letter from Members of the House of Representatives to the Honorable Robert McDonald, Secretary, U.S. Department of Veterans Affairs, September 12, 2016.

6.   Letter from Members of the Senate to the Honorable Robert McDonald, Secretary, U.S. Department of Veterans Affairs, September 22, 2016.

7.   Letters from the Honorable Robert McDonald, Secretary, U.S. Department of Veterans Affairs, to Members of Congress, November 10, 2016.

8.   Petition for Rulemaking and Request for Comments, 83 Fed. Reg. 31711, July 9, 2018.

9.   Public Comments to Petition for Rulemaking and Request for Comments.

10.  The American College of Obstetrician and Gynecologists, "America's Frontline Physicians Urge Trump Administration to Protect Transgender Patients and Women's Reproductive Health," May 28, 2019.

11.  Message from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Employees, U.S. Department of Veterans Affairs, February 23, 2021.

12. Memo from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, "Services for LGBT Beneficiaries and Employees," February 23, 2021.

13. The Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, "Decision Memorandum: Removal of Gender Alterations Exclusion from VA Medical Benefits Package," June 11, 2021.

14. Remarks by the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, Orlando Veterans Affairs Healthcare System's 11th Annual Pride Month Celebration, June 19, 2021.

15. Remarks by the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, 99th Disabled American Veterans Annual Convention, July 31, 2021.

16. Entry RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, Fall 2021.

17. Entry RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, Spring 2022.

18. Press Release, U.S. Department of Veterans Affairs, "VA National Pride Month Kickoff," June 1, 2022.

19. Conclusion of EO 12866 Regulatory Review, RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, September 7, 2022.

20. Entry RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, Fall 2022.

21. Message from Transgender American Veterans Association to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, January 12, 2023.

22. Letter from Members of Congress to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, January 27, 2023.

23.  Letter from Veteran Advocacy Groups to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, January 30, 2023.

24.  Remarks by the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Disabled American Veterans, February 26, 2023.

25.  Letter from Kimberly M. Mitchell, Director, Veteran Service Organization Liaison, U.S. Department of Veterans Affairs, to Transgender American Veterans Association, March 6, 2023.

26.  Letter from Kimberly M. Mitchell, Director, Veteran Service Organization Liaison, U.S. Department of Veterans Affairs, to Minority Veterans of America, March 8, 2023.

27.  Letters from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Members of Congress, March 21, 2023.

28.  Letter to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, March 31, 2023.

29.  Entry RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, Spring 2023.

30.  Letter from Members of the House of Representatives to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, March 31, 2023.

31.  Letter from Kimberly M. Mitchell, Director, Veteran Service Organization Liaison, U.S. Department of Veterans Affairs, to Minority Veterans of America, May 2, 2023.

32.  Letters from Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Members of Congress, May 9, 2023.

33.  Remarks by the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, Press Conference, June 27, 2023.

34.  Statement to the United States Senate Committee on Veterans' Affairs, Shereef Elnahal, Under Secretary for Health, U.S. Department of Veterans Affairs, and

Joshua D. Jacobs, Under Secretary for Benefits, U.S. Department of Veterans Affairs, "PACT Act Implementation," July 26, 2023.

35. Entry RIN 2900-AR34, Unified Agenda, Office of Information and Regulatory Affairs, Fall 2023.

36. Letter from Michael Wishnie, Counsel, Transgender American Veterans Association, to Richard J. Hipolit, Acting General Counsel, U.S. Department of Veterans Affairs, November 20, 2023.

37. Letter from Richard J. Hipolit, Acting General Counsel, U.S. Department of Veterans Affairs, to Counsel, Transgender American Veterans Association, December 22, 2023.

38. Letter from Michael Wishnie, Counsel, Transgender American Veterans Association, to Richard J. Hipolit Acting General Counsel, U.S. Department of Veterans Affairs, with attachments, January 16, 2024.

39. Petition for Writ of Mandamus to the Department of Veterans Affairs, January 25, 2024.

40. Letter from Members of the House of Representatives to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, February 1, 2024.

41. U.S. Department of Veterans Affairs, "The Pact Act and Your VA Benefits," https://perma.cc/5XXA-95SF.

42. U.S. Department of Veterans Affairs, "Accessing PACT Act Benefits and Services," https://perma.cc/J47H-ZMSE.

43. U.S. Department of Veterans Affairs, "PACT ACT Performance Dashboard," https://perma.cc/G8UJ-TX8E.

44. Memorandum from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Under Secretary for Health, U.S. Department of Veterans Affairs, "Analysis of Amendment to 38 C.F.R. § 17.38(c)(4) and PACT Act Eligibility," February 22, 2024.

45.    Letters from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to Counsel, Transgender American Veterans Association, February 22, 2024.

46.    Letter from Members of Congress to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, June 28, 2021.*

47.    Letter from Members of Congress to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, July 15, 2021.*

48.    Letter from the Honorable Barry Loudermilk, Member of Congress, to the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, August 11, 2021.*

49.    Letter from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to the Honorable Matthew Rosendale Sr., Member of Congress, September 7, 2021.*

50.    Letter from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to the Honorable Jack Bergman, Member of Congress, September 8, 2021.*

51.    Letter from the Honorable Denis McDonough, Secretary, U.S. Department of Veterans Affairs, to the Honorable Barry Loudermilk, Member of Congress, September 21, 2021.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ David L. Peters*
David L. Peters