NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1714

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The American Academy of Family Physicians, American College Health Association, American College of Physicians, LGBTQ Health Caucus within the American Public Health Association, North American Society for Pediatric and Adolescent Gynecology, and the World Professional Association for Transgender Health (collectively, "Medical and Mental Health Organizations") move

unopposed for leave to file a brief amici curiae in support of petitioner.

The court notes that the Medical and Mental Health Organizations' amici brief, ECF No. 37-2, does not state whether it is in favor of affirmance or reversal on the cover pursuant to Federal Rule of Appellate Procedure 29(a)(4). Additionally, the brief includes a single name in the title of the brief but lists multiple organizations in the Certificate of Interest and Statement of Identity.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, no later than seven days from the date of entry of this order the Medical and Mental Health Organizations are directed to file a corrected brief resolving the issues identified in this order.

FOR THE COURT

August 27, 2024
Date

Jarrett B. Perlow
Clerk of Court