NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

2024-1714

Petition for review pursuant to 38 U.S.C. Section 502.

**ON MOTION**

**O R D E R**

The States of Washington, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, and Vermont (collectively, the "States"), move unopposed for leave to submit an amicus brief in support of petitioner. Pursuant to Federal Rule of Appellate Procedure 29(a)(2), "a state may file an amicus brief without the consent of the parties or leave of court."

2    TRANSGENDER AMERICAN VETERANS ASSOCIATION v. SECRETARY OF VETERANS AFFAIRS

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 29, 2024
Date