

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 6, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document (Amicus Brief) submitted by State of Illinois, State of Pennsylvania, State of New Jersey, State of Massachusetts, State of New York, State of Delaware, State of Michigan, State of Oregon, State of Nevada, State of Maryland, State of Colorado, State of Rhode Island, State of Connecticut, State of Hawaii, State of Minnesota, State of Vermont, and State of Washington is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

- The brief does not include the statement of the source of the amicus curiae's authority to file the brief. During initial merits consideration, an amicus curiae may file a brief only by leave of court or if the brief states that all parties have consented to its filing (this does not apply to the federal government). Fed. R. App. P. 29(a)(2).

- The Certificate of Interest must be included in front of the table of contents. Fed. Cir. R. 29(a).

- The document was filed has embedded comments. All electronic filings must be flattened. Fed. R. App. P. 32(c)(2). Refer to the court's Electronic Filing Procedures ("Flattening a PDF").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk