No. 24-1714

# In the United States Court of Appeals for the Federal Circuit

———

TRANSGENDER AMERICAN VETERANS
ASSOCIATION,

PETITIONER,

v.

SECRETARY OF VETERANS AFFAIRS,

RESPONDENT.

On Petition for Review
Pursuant to 38 U.S.C. § 502

———

## *CORRECTED* BRIEF OF AMICI STATES OF WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, OREGON, PENNSYLVANIA, RHODE ISLAND, and VERMONT
## IN SUPPORT OF PETITIONER AND GRANT OF THE PETITION FOR REVIEW

———

ROBERT W. FERGUSON
*Attorney General of Washington*

BEAU SUNG, WSBA #55826
*Assistant Attorney General*
MARSHA CHIEN, WSBA #47020
*Deputy Solicitor General*
Washington State Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

(Additional Counsel Listed on Signature Page)

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-1714

**Short Case Caption** Transgender Am. Vet. v. Secretary of Vet. Affairs

**Filing Party/Entity** States of Washington, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, and Vermont.

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/10/2024

Signature: /s/ Beau Sung

Name: Beau "Sam" Sung

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| State of Washington | N/A | N/A |
| State of Colorado | N/A | N/A |
| State of Connecticut | N/A | N/A |
| State of Delaware | N/A | N/A |
| District of Columbia | N/A | N/A |
| State of Hawaii | N/A | N/A |
| State of Illinois | N/A | N/A |
| State of Maryland | N/A | N/A |
| State of Massachusetts | N/A | N/A |
| State of Michigan | N/A | N/A |
| State of Minnesota | N/A | N/A |

☐    Additional pages attached

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| State of Nevada | N/A | N/A |
| State of New Jersey | N/A | N/A |
| State of New York | N/A | N/A |
| State of Oregon | N/A | N/A |
| State of Pennsylvania | N/A | N/A |
| State of Rhode Island | N/A | N/A |
| State of Vermont | N/A | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑  None/Not Applicable         ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)   ☐  No   ☑  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable         ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF CONTENTS

STATEMENT OF AUTHORITY TO FILE ............................................................1

INTRODUCTION ........................................................................................2

IDENTITY AND INTEREST OF AMICI CURIAE ...............................................5

ARGUMENT ..............................................................................................5

    A.  Discrimination Against Transgender Veterans Harms the Amici
        States and Their Residents.........................................................6

        1.  Transgender veterans are an important part of the population of
            the amici States, yet face pervasive discrimination. ...........6

        2.  The VA's discriminatory regulation harms transgender veterans
            and the amici States..............................................................10

    B.  Several States' Experience Shows that the VA Can Provide
        Healthcare to Transgender Veterans, Including Gender-affirming
        Surgery, Without Significant Costs...........................................14

        1.  Many states have experience covering transition-related care. .........14

        2.  Many states have found that covering comprehensive healthcare
            for transgender people, including surgeries, furthers essential
            interests without imposing undue financial costs. ............17

CONCLUSION ..........................................................................................21

# TABLE OF AUTHORITIES

## Cases

*Edmo v. Corizon, Inc.*,
　935 F.3d 757 (9th Cir. 2019) ...................................................................9

*Flack v. Wis. Dep't of Health Servs.*,
　328 F. Supp. 3d 931 (W.D. Wis. 2018) ..................................................4

*Glenn v. Brumby*,
　724 F. Supp. 2d 1284 (N.D. Ga. 2010) ..................................................4

*Grimm v. Gloucester Cnty Sch. Bd*,
　972 F.3d 586 (4th Cir. 2020) ..................................................................4

*Kadel v. Folwell*,
　100 F.4th 122 (4th Cir. 2024) ..............................................................4, 9

## Statutes

38 U.S.C. § 1710 ........................................................................................2

50 Ill. Adm. Code 2603.35 .......................................................................17

775 Ill. Comp. 5/1-103(O-1) ....................................................................17

Haw. Rev. Stat. § 431:10A-118.3(a) ........................................................17

Haw. Rev. Stat. § 432:1-607.3 .................................................................17

Haw. Rev. Stat. § 432D-26.3 (2016) ........................................................17

Md. Code  Ann., Health-Gen. § 15-103(a)(2)(xxii) .................................17

Mich. Comp. Laws § 500.2027(a)(i), amend. 2023, Act of 156 ..............17

Minn. Stat. § 363A.17(3) ..........................................................................17

<u>Regulations</u>

18 N.Y.C.R.R. 505 ...................................................................................13

18 N.Y.C.R.R. 505.2(l) ............................................................................17

3 Colo. Code Regs. 702-4-2-62-5(E)(3) ................................................16

38 C.F.R. § 17.38(c)(4 ...............................................................................2

Cal. Code Regs. tit. 10 § 2561.2(a)..........................................................15

Cal. Code Regs. tit. 22 §§ 51301 .............................................................13

D.C. Official Code § 31-2231.11(c) .........................................................16

Del. Code tit.18 § 2304(22) ......................................................................16

Wash. Admin. Code § 182.531.1675.........................................................14

Wash. Admin. Code § 182-501-0060 ........................................................13

<u>Other Authorities</u>

86 Fed. Reg. 7471 (Jan. 25, 2021) .............................................................7

Am. Psychological Ass'n, *Understanding transgender people, gender identity and gender expression* (updated May 16, 2024), http://www.apa.org/topics/lgbt/transgender.aspx.................................10

Angela Hart, *Medi-Cal Expansion Opens Doors to Care for Transgender Patients,* KQED News (Feb. 5, 2014), https://www.kqed.org/stateofhealth/17490/medi-cal-expansion-opens-doors-to-care-for-transgender-patients ...............................................21

Anthony N. Almazan & Alex S. Keuroghlian, *Association Between Gender-Affirming Surgeries and Mental Health Outcomes,* JAMA SURGERY (Apr. 28, 2021), https://jamanetwork.com/journals/jamasurgery/fullarticle/2779429 ..................20

Ashley Carothers, *Center for Minority Veterans hosts fireside chat for Transgender Day of Remembrance*, VA News (Dec. 8, 2023),

https://news.va.gov/126825/center-for-minority-veterans-hosts-fireside-chat-for-transgender-day-of-remembrance/. ........................................................3

Brad Shannon, *PEBB Votes to Add Transgender Services to Health Coverage Starting in January*, THE NEWS TRIBUNE (July 31, 2014), https://www.thenewstribune.com/news/politics-government/article25874317.html .......................................................14

Cal. Dep't of Health Care Servs., *Ensuring Access to Medi-Cal Services for Transgender Beneficiaries* (Oct. 6, 2016), http://www.dhcs.ca.gov/forms andpubs/Documents/MMCDAPLsandPolicyLetters/APL2016/APL16-013.pdf..............................................................................15

Cal. Dep't of Ins., *Economic Impact Assessment of Gender Nondiscrimination in Health Insurance*,  Reg. File No. REG-2011-00023 (Apr. 13, 2012), http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf .. 18, 19, 20

Christy Mallory & Will Tentido, *Medicaid Coverage for Gender-Affirming Care*, UCLA, THE WILLIAMS INST. (Dec. 2022), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Medicaid-Gender-Care-Dec-2022.pdf ............................................................12

Conn. Ins. Dep't, Bulletin IC-37, renumbered as Bulletin IC-34 (Dec. 19, 2013), https://portal.ct.gov/-/media/CID/BulletinIC37GenderIdentityNondiscriminationRequirementspdf.pdf?la=en .......................................................................16

Ctrs. for Disease Control & Prevention, *Cost of Injury Reports*, https://wisqars.cdc.gov/create-reports/ (last visited May 22, 2024) ....................13

Ctrs. for Disease Control & Prevention, *HIV and Transgender Communities*, https://www.cdc.gov/hiv/pdf/policies/data/cdc-hiv-policy-issue-brief-transgender.pdf (last visited May 22, 2024)........................................................12

E. Coleman, et. al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, Int'l J. of Transgender Health Vol. 23,

Issue Supl. (2022),
https://doi.org/10.1080/26895269.2022.2100644 ..................................................9

Emily Newfield, et al., *Female-to-Male Transgender Quality of Life*, QUALITY
OF LIFE RESEARCH (Nov. 2006),
https://www.researchgate.net/publication/7025219_Female-to-
male_transgender_quality_of_life.........................................................................11

Gary J. Gates & Jody L. Herman, *Transgender Military Service in the United
States*, UCLA, THE WILLIAMS INST. (May 2014),
https://williamsinstitute.law.ucla.edu/wp-content/uploads/Transgender-
Military-Service-May-2014.pdf .............................................................................3

Jack Harrison-Quintana & Jody L. Herman, *Still Serving In Silence*, LGBTQ
POLICY JOURNAL AT THE HARVARD KENNEDY SCHOOL, Vol. 3 (2013),
https://www.thetaskforce.org/app/uploads/2023/06/Still-Serving-in-Silence-
Harrison-Quintana-Herman-LGBTQ-Policy-Journal-2013.pdf............................6

Jaime M. Grant, et al., *Injustice at Every Turn: A Report of National
Transgender Discrimination Survey*, NAT'L CTR. FOR TRANSGENDER EQUAL.
& NAT'L GAY & LESBIAN TASK FORCE, at 6 (Feb. 2011),
http://www.thetaskforce.org/static_html/downloads/resources_and_tools/nt
ds_report_on_health.pdf................................................................... 8, 12

Jeremy D. Kidd, et. al., *Prevalence of Substance Use and Mental Health
Problems Among Transgender and Cisgender U.S. Adults*, UCLA, THE
WILLIAMS INST. Press Release (July 20, 2023),
https://williamsinstitute.law.ucla.edu/press/transpop-suicide-press-release/.......11

Jody L. Herman, et al., *How Many Adults Identify as Transgender in the
United States?*, UCLA, THE WILLIAMS INST., at 4 (June 2022),
https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Pop-
Update-Jun-2022.pdf ............................................................................19

Jody L. Herman, et al., *Suicide Attempts Among Transgender and Gender
Non-Conforming Adults: Findings of the National Transgender
Discrimination Survey*, UCLA, THE WILLIAMS INST. (Sept. 2019),
https://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-
Suicide-Report-Final.pdf......................................................................10

Jody L. Herman, et. al., *Suicide Thoughts and Attempts Among Transgender Adults: Findings from the 2015 U.S. Transgender Survey*, UCLA, THE WILLIAMS INST. (Sept. 2019), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Suicidality-Transgender-Sep-2019.pdf ....................................................................11

Katie Keith, *15 States and DC Now Prohibit Transgender Insurance Exclusions*, GEORGETOWN UNIV. HEALTH POLICY INSTITUTE CTR ON HEALTH INS. REFORMS (Mar. 30, 2016), http://chirblog.org/15-states-and-dc-now-prohibit-transgender-insurance-exclusions/ .........................................................................................14

Laura Ungar, *Transgender People Face Alarmingly High Risk of Suicide*, USA Today (Aug. 16, 2015), https://www.usatoday.com/story/news/nation/2015/08/16/transgender-individuals-face-high-rates--suicide-attempts/31626633/....................................11

Letter from D.C. Comm'r William P. White to All Ins. Cos., Health Maintenance Orgs., and Hospital and Med. Serv. Corps. Authorized to Write Health Ins. in the Dist., Gov. of the Dist. Of Columbia, Dep't of Ins, Securities and Banking, Bulletin 13-IB-01-30/15 (March 15, 2013), https://disb.dc.gov/sites/default/files/dc/sites/disb/publication/attach ments/Bulletin13-IB-01-30-15.pdf........................................................17

Letter from Mike Kreidler to Health Ins. Carriers in Wash. State, Office of the Ins. Commissioner of Wash. State (June 23, 2020), https://www.insurance.wa.gov/sites/default/files/documents/final-letter-health-carriers-transgender-protection-non-discrimination.pdf...........................14

Letter from Nathan Nau to All Medi-Cal Managed Care Health Plans, Cal. Dep't of Health Care Servs. (Oct. 26, 2020), https://www.dhcs.ca.gov/formsandpubs/Documents/MMCDAPLsandPolicy Letters/APL2020/APL20-018.pdf........................................................15

Lindsay Mahowald, *LGBTQ+ Military Members and Veterans Face Economic, Housing, and Health Insecurities*, Center for Am. Progress  (Apr. 28, 2022), https://www.americanprogress.org/article/lgbtq-military-members-and-veterans-face-economic-housing-and-health-insecurities/#:~:text=A %20new%20Center%20for%20American,housing%20instability%2C%20a nd%20mental%20health ........................................................................11

Mass. Dep't Health & Human Services, *MassHealth Guidelines for Medical Necessity Determination for Gender Affirming Surgery*, https://www.mass.gov/guides/masshealth-guidelines-for-medical-necessity-determination-for-gender-affirming-surgery (last visited Jan. 18. 2024) ...........16

Mass. Division of Ins., Office of Consumer Affairs & Business Regulation, Bulletin 2014-03 (June 20, 2014), https://www.mass.gov/doc/division-of-insurance-bulletin-2014-03-guidance-regarding-prohibited-discrimination-on-the/download .......................16

Mohamed Hassan Murad, et. al., *Hormonal Therapy and Sex Reassignment: A Systematic Review and Meta-analysis of Quality of Life and Psychosocial Outcomes*, CLINICAL ENDOCRINOLOGY, Vol. 72, Iss. 2 (Feb. 2010), https://pubmed.ncbi.nlm.nih.gov/19473181/ ......................................................20

N. A. Schvey, et. al., *Stigma, Health, and Psychosocial Functioning Among Transgender Active Duty Service Members in the U.S. Military*, Am. Psychology Ass'n (2020), https://psycnet.apa.org/doiLanding?doi=10.1037%2Fsah0000190)....................11

N.Y. Dep't of Financial Servs. Ins. Circular Letter No. 7 (Apr. 22, 2022), https://www.dfs.ny.gov/industry_guidance/circular_letters/cl2022_07 ..............17

Newsline Staff, *Colorado first in nation to include gender-affirming care in some health care plans as essential benefit,* COLORADO NEWSLINE (Oct. 13, 2021), https://coloradonewsline.com/briefs/colorado-first-in-nation-to-include-gender-affirming-care-in-some-health-care-plans-as-essential-benefit/..............18

Nicolle K. Strand & Nora L. Jones, *Invisibility of "Gender Dysphoria,"* AMA JOURNAL OF ETHICS (July 2021), https://journalofethics.ama-assn.org/article/invisibility-gender-dysphoria/2021-07 .................................................................................13

NJ Dep't of Banking and Ins, Bulletin No. 23-05, https://www.nj.gov/dobi/bulletins/blt23_05.pdf........................................................................17

NV S.B. 163, 2023 Leg., 82nd Sess........................................................................17

Office of the Ins. Commissioner of Wash. State, *Transgender enrollee coverage frequently asked questions*,

https://www.insurance.wa.gov/faq-about-coverage-transgender-enrollees
(last visited Jan. 18, 2024). ................................................................... 15

OR Dep't of Consumer and Business Servs. Div. of Financial Reg., Bulletin
DFR 2023 (Dec. 6, 2023),
https://dfr.oregon.gov/laws-rules/Documents/Bulletins/proposed/guidance-
gender-affirming-treatment.pdf ............................................................ 17

OR H.B. 2002, 82nd OR Leg. Assy., Reg. Sess. (Or. 2023) ................................... 17

PA Dep't of Human Servs. Med. Assist., Bulletin 99-16-11 (July 18, 2016),
https://transequality.org/sites/default/files/PA-Medical-Assistance-
Bulletin.pdf ....................................................................................... 16

RI Health Ins Comms, Bulletin 2015-3 (Nov. 23, 2015),
https://ohic.ri.gov/sites/g/files/xkgbur736/files/bulletins/Bulletin-2015-3-
Guidance-Regarding-Prohibited-Discrimination.pdf ........................................ 17

Sandy E. James, et al., *Early Insights: A Report of the 2022 U.S. Trans
Survey*, NAT'L CTR. FOR TRANSGENDER EQUALITY, 16 (Feb. 2024),
https://transequality.org/sites/default/files/2024-02/2022 USTS Early
Insights Report_FINAL.pdf .................................................................... 8

Sandy E. James, et al., *The Report of the 2015 U.S. Transgender Survey*,
NAT'L CTR. FOR TRANSGENDER EQUALITY (Dec. 2016),
http://www.transequality.org/sites/default/files/docs/usts/USTS%20Full%2
0Report%20-%20FINAL%201.6.17.pdf .................................................... 7, 8, 10

Sara Jean Green, *Police, FBI Investigating Brutal Attack on Transgender
Activist on Capitol Hill*, THE SEATTLE TIMES (June 24, 2016),
http://www.seattletimes.com/seattle-news/crime/police-fbi-investigating-
brutal-attack-on-transgender-man-on-capitol-hill/ ........................................ 7

Sidath Viranga Panangala, et. al., *Health Care for Veterans: Answers to
Frequently Asked Questions*, CONGRESSIONAL RESEARCH SERVICE,
https://fas.org/sgp/crs/misc/R42747.pdf, (updated March 4, 2020) .................... 12

The Pennsylvania Bulletin, *Notice Regarding Nondiscrimination; Notice
2016-05*, 46 Pa.B. 2251 (April 30, 2016),
https://www.pacodeandbulletin.gov/Display/pabull?file=/secure/pabulletin/
data/vol46/46-18/762.html .................................................................... 17

Trudy Ring, *Calif. Public Employees Will Get Coverage for Gender Transition*, The Advocate (June 21, 2013), https://www.advocate.com/politics/transgender/2013/06/21/calif-public-employees-will-get-coverage-gender-transition..................................................15

U.S. Census Bureau, *Annual Population Estimates*, https://www.census.gov/popclock/.......................................................19

U.S. Dep't of Veterans Affairs, Veterans Admin., *I CARE Core Values, Characteristics, and Customer Experience Principles*, https://www.va.gov/icare/core-values.asp (last visited May 22, 2024). ...............2

U.S. Dep't of Veterans Affairs, Veterans Admin., *I CARE. VA's Mission*, https://www.va.gov/icare/index.asp (last visited May 22, 2024)..........................2

U.S. Dep't of Veterans Affairs, Veterans Health Admin., VHA Directive 1341(3), *Providing Health Care for Transgender and Intersex Veterans* (May 23, 2018), https://www.patientcare.va.gov/LGBT/docs/directives/VHA_ DIRECTIVE_1341.pdf............................................................................3

VT. Dep't of Fin. Reg., Div. of Ins., Ins. Bulletin No. 174, *Guidance Regarding Prohibited Discrimination on the Basis of Gender Identity including Medically Necessary Gender Dysphoria Surgery and Related Health Care* (revised June 12, 2019), https://dfr.vermont.gov/sites/finreg/files/regbul/dfr-bulletin-insurance-174-gender-dysphoria-surgery.pdf ............................................................17

VT. Dep't of Health Access, Medical Policy re: Gender Affirmation Surgery for the Treatment of Gender Dysphoria (last review Nov. 1, 2019), https://dvha.vermont. gov/sites/dvha/files/documents/ providers/Forms/1gender-affirmation-surgery-w-icd-10-coded-110119.pdf ......17

William V. Padula, et. al., *Societal Implications of Health Ins. Coverage for Medically Necessary Svcs. in the U.S. Transgender Population: A Cost-Effectiveness Analysis*, J. GEN. INTERN. MED. (Oct. 19 2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4803686/pdf/11606_2015_ Article_3529.pdf................................................................................20

Wynne Parry, *Gender Dysphoria: DSM-5 Reflects Shift in Perspective on Gender Identity*, Huffington Post (updated Aug. 4, 2013),

http://www.huffingtonpost.com/2013/06/04/gender-dysphoria-dsm-5_n_3385287.html ..................................................................................10

## STATEMENT OF AUTHORITY TO FILE

The States "may file an amicus brief without the consent of the parties or leave of the court" under Federal Rule of Appellate Procedure 29(a)(2). However, both Petitioner and Respondent have consented to the filing of this brief pursuant to Federal Rule of Appellate Procedure 29(a)(2).

## INTRODUCTION

The mission of the U.S. Department of Veterans Affairs ("VA") is to fulfill President Abraham Lincoln's simple promise: "to care for those who have served in our nation's military and for their families, caregivers, and survivors."[1] Under the Veterans Healthcare Eligibility Reform Act of 1996, the VA Secretary is mandated to furnish medically necessary care in the case of service-connected veterans and veterans who cannot afford necessary care.[2] It is part of the VA's core values to "be truly Veteran-centric by identifying, fully considering, and appropriately advancing the interests of Veterans and other beneficiaries."[3]

Yet, the regulation at issue here belies the VA's mission and values. Adopted in 1999, the VA's regulation contains a blanket exclusion for "gender alterations" from the "medical benefits package" provided to eligible veterans,[4] and the regulation's implementing directive states that the "VA does not provide or fund gender confirming/affirming surgeries because VA regulation excludes them from the medical benefits package."[5] The regulation and implementing directive taken

---

[1] U.S. Dep't of Veterans Affairs, Veterans Admin., *I CARE. VA's Mission*, https://www.va.gov/icare/index.asp (last visited May 22, 2024).

[2] 38 U.S.C. § 1710.

[3] U.S. Dep't of Veterans Affairs, Veterans Admin., *I CARE Core Values, Characteristics, and Customer Experience Principles,* https://www.va.gov/icare/core-values.asp (last visited May 22, 2024).

[4] 38 C.F.R. § 17.38(c)(4).

[5] U.S. Dep't of Veterans Affairs, Veterans Health Admin., VHA Directive 1341(3), *Providing Health Care for Transgender and Intersex Veterans,*

together with the VA's denial of TAVA's petition for rulemaking,[6] render President Lincoln's promise an empty one for many transgender veterans. Although the VA recognizes the existence of transgender veterans,[7] the VA falls short of serving and caring for *all* veterans when it prevents transgender veterans from accessing medically necessary and potentially life-saving treatment. This longstanding and discriminatory VA regulation breaks faith with the more than 150,000 veterans, active duty service members, and members of the Guard and Reserves who identify as transgender—and who served in our armed forces at nearly twice the rate of their cisgender counterparts.[8]

The VA's defense of its categorical exclusion is not "Veteran centered," and it threatens the welfare of amici States' residents. Transgender veterans with gender dysphoria are left without life-saving healthcare and are vulnerable to physical

---

at 3 (May 23, 2018), https://www.patientcare.va.gov/LGBT/docs/directives/VHA_DIRECTIVE_1341.pdf.

[6] *See* Letter from Denis R. McDonough, U.S. Sec'y of Veterans Affairs, U.S. Dep't of Veterans Affairs, to Ilona Turner and Sasha Buchert, Transgender Law Ctr. (Feb. 22, 2024) (Ex. 2, TAVA Pet. For Review (Dkt. 1-1))

[7] Ashley Carothers, *Center for Minority Veterans hosts fireside chat for Transgender Day of Remembrance*, VA News (Dec. 8, 2023), https://news.va.gov/126825/center-for-minority-veterans-hosts-fireside-chat-for-transgender-day-of-remembrance/.

[8] Gary J. Gates & Jody L. Herman, *Transgender Military Service in the United States*, UCLA, THE WILLIAMS INST., at 1 (May 2014), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Transgender-Military-Service-May-2014.pdf (estimating 134,300 transgender veterans and 15,500 on active duty or in the National Guard or Reserve forces).

suffering, depression, and suicidal ideation.[9] Further, the VA's approach stands in tension with the experience of the amici States, —which have found giving transgender people access to comprehensive healthcare, including medically necessary surgery, —provides significant benefits at negligible costs.[10] Indeed, the amici States recognize that covering the same or substantially similar surgeries for cisgender veterans, such as mastectomies or hysterectomies to treat cancer while refusing to cover similar, necessary procedures for transgender veterans, harms our residents and public health systems. The VA's refusal to amend or repeal its regulation has harmed amici States' transgender veterans, and potentially hurts our states' ability to retain service members for our national guards. The VA's discriminatory and unreasonable regulation should be amended or repealed.

---

[9] *See infra* Section A.2. *See e.g., Kadel v. Folwell*, 100 F.4th 122, 157 (4th Cir. 2024) (accepting the district court's reliance on the World Professional Association for Transgender Health's (WPATH) standard of care for treating gender dysphoria); *See also Grimm v. Gloucester Cnty Sch. Bd*, 972 F.3d 586, 596 (4th Cir. 2020) ("The WPATH Standards of Care outline appropriate treatments for persons with gender dysphoria…"); *See also Flack v. Wis. Dep't of Health Servs.*, 328 F. Supp. 3d 931, 935-36 (W.D. Wis. 2018) (the undisputed facts support that appropriate individualized medical care as part of their gender transitions identified by WPATH can mitigate or prevent symptoms of gender dysphoria); *See also Glenn v. Brumby*, 724 F. Supp. 2d 1284, 1289 (N.D. Ga. 2010) (accepting the WPATH triadic therapeutic protocol of hormone therapy, real-life experience as a member of the new gender, and gender affirming surgeries as the standard of care for treating gender identity dysphoria).

[10] *See infra* Section B.2.

**IDENTITY AND INTEREST OF AMICI CURIAE**

The States of Washington, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, and Vermont submit this amicus brief pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(a).

The amici States strongly support the rights of transgender veterans to live with dignity, be free from discrimination, and have equal access to healthcare. Many of the amici States provide explicit civil rights protections for transgender people, as well as non-discriminatory coverage of gender affirming surgery in state-administered health plans, and our experience demonstrates that ensuring equal access to healthcare helps us all. In contrast, the VA's regulation and implementing directives cause real, observed harms to the amici States' resident veterans. The amici States therefore have a strong interest in seeing these regulations amended or repealed.

**ARGUMENT**

Though the immediate petition seeks a review of the VA's denial of a request for rulemaking, much more is at stake here. The Petitioners call upon the Court to determine whether one of the largest healthcare providers in the country should remain free to deny needed medical care solely based on a person's gender identity.

Such an outcome harms both the amici States' transgender veteran residents, many of whom are left without access to medically necessary treatment options, and the amici States themselves, by allowing a deprivation of civil rights in our nation's healthcare system that forces States to bear the resulting costs. The Court should reject this blanket deprivation of medical care and order the VA to amend or repeal its regulation and implementing directive. Doing so will require the VA to honor its commitment to provide patient-centered and evidence-based care to our nation's veterans.

## A. Discrimination Against Transgender Veterans Harms the Amici States and Their Residents.

### 1. Transgender veterans are an important part of the population of the amici States, yet face pervasive discrimination.

Transgender veterans are an essential part of the amici States' communities—more than 150,000 veterans, active duty service members, and members of the Guard and Reserves identify as transgender nationwide.[11] Transgender people serve in the military at about twice the rate of adults in the general population.[12]

---

[11] *See supra* note 8, at 2.

[12] *Id.*; *See also* Jack Harrison-Quintana & Jody L. Herman, *Still Serving In Silence*, LGBTQ POLICY JOURNAL AT THE HARVARD KENNEDY SCHOOL, Vol. 3 (2013), https://www.thetaskforce.org/app/uploads/2023/06/Still-Serving-in-Silence-Harrison-Quintana-Herman-LGBTQ-Policy-Journal-2013.pdf (Twenty percent (20%) of transgender adults report having served in the military).

Rather than honor these veterans, the VA often repays transgender veterans for their service with discrimination. In the 2015 U.S Transgender Survey ("2015 USTS"), nearly one-quarter of veterans and current service-member respondents said that leadership acted to discharge them when their commanding officers knew or thought they were transgender.[13] In fact, the U.S. Department of Defense barred transgender people from openly serving in the military until 2021.[14]

This reflects the striking levels of discrimination, harassment, and even violence that transgender people, including veterans, endure even when it comes to the most basic elements of life, such as finding a job, having a place to live, and enjoying the support of family and community.[15] This is no less true when it comes to healthcare, where transgender people face significant barriers to receiving both routine and transition-related care, including lack of adequate insurance coverage, provider ignorance about the health needs of transgender people, and outright denial

---

[13] Sandy E. James, et al., *The Report of the 2015 U.S. Transgender Survey*, NAT'L CTR. FOR TRANSGENDER EQUALITY, 167, 169 (Dec. 2016), http://www.transequality.org/sites/default/files/docs/usts/USTS%20Full%20Report%20-%20FINAL%201.6.17.pdf (hereinafter, "2015 USTS").

[14] Enabling All Qualified Americans To Serve Their Country in Uniform, Exec. Order No. 14004, 86 Fed. Reg. 7471 (Jan. 25, 2021).

[15] 2015 USTS, at 2; *see also* Sara Jean Green, *Police, FBI Investigating Brutal Attack on Transgender Activist on Capitol Hill*, THE SEATTLE TIMES (June 24, 2016), http://www.seattletimes.com/seattle-news/crime/police-fbi-investigating-brutal-attack-on-transgender-man-on-capitol-hill/ (reporting that a man used sexualized slurs while attacking a transgender activist as they left a fundraiser).

of service.[16] In the 2022 U.S. Trans Survey Early Insights Report ("2022 USTS Report"), a report summarizing and highlighting data collected from the largest-ever survey of transgender people in the United States, 24% of transgender people reported that they avoided seeking healthcare they needed in the past year due to fear of being mistreated or harassed.[17] Of those who saw a healthcare provider within the last 12 months, nearly one-half (48%) reported having at least one negative experience because they were transgender, such as being refused healthcare, being misgendered, and having a provider use harsh or abusive language when treating them.[18] While 87% of respondents had health insurance, 26% reported having at least one issue with their insurance company within the last 12 months, such as being denied coverage for hormone therapy, surgery, or another type of healthcare related to their gender identity, transition, or because they were transgender.[19] These barriers

---

[16] 2015 USTS, at 93; *See also* Jaime M. Grant, et al., *Injustice at Every Turn: A Report of National Transgender Discrimination Survey*, NAT'L CTR. FOR TRANSGENDER EQUAL. & NAT'L GAY & LESBIAN TASK FORCE, at 6 (Feb. 2011), http://www.thetaskforce.org/static_html/downloads/resources_and_tools/ntds_report_on_health.pdf (hereinafter, "2011 Health Care Survey") (reporting that 28% of transgender and gender non-conforming participants faced either verbal or physical harassment in medical settings, and 19% were refused medical care altogether).

[17] *See* Sandy E. James, et al., *Early Insights: A Report of the 2022 U.S. Trans Survey*, NAT'L CTR. FOR TRANSGENDER EQUALITY, 16 (Feb. 2024), https://transequality.org/sites/default/files/2024-02/2022 USTS Early Insights Report_FINAL.pdf (the 2022 USTS had 92,329 respondents compared to the 27,715 respondents in the 2015 USTS) (hereinafter, "2022 USTS Report").

[18] *Id.*

[19] *Id.* at 17.

impede access to timely and patient-centered gender-affirming care, including surgeries, which most major medical associations consider to be necessary—and often live-saving—treatment for transgender people.[20]  The current prohibition against providing gender-affirming surgeries prevents transgender veterans from seeking care with the VA, and the continuing stigmatization makes the VA an unsafe place for transgender veterans.

Moreover, stigmatizing medical care for transgender veterans by excluding them from the same care that is offered to cisgender veterans discriminates against transgender people.[21] Instead of ensuring the safety, efficacy, and health of the healthcare provided to veterans who serve our country, the VA restricts the type of gender-affirming care available. The VA's exclusionary regulations could not be based on safety concerns for transgender veterans because those concerns lack any

---

[20] *See, e.g.*, E. Coleman, et. al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, Int'l J. of Transgender Health Vol. 23, Issue Sup1, at 5, 16-18 (2022), https://doi.org/10.1080/26895269.2022.21 00644 (World Professional Association for Transgender Health's Standards of Care – Eighth Edition (WPATH SOC-8)); *Edmo v. Corizon, Inc.*, 935 F.3d 757, 769 (9th Cir. 2019) (listing major medical organizations that recognize WPATH Standards of Care as "the appropriate treatment for transgender and gender dysphoric individuals").

[21] *See Kadel*, 100 F.4th at 149 (4th Cir. 2024) (holding that a health plan "targeting a subset of a protected group does not preclude a finding of proxy discrimination. Nor does the fact that a law applies equally to all, when it *affects* a protected group… gender dysphoria, a diagnosis inextricable from transgender status, is a proxy for transgender identity. And coverage exclusions that bar treatments for gender dysphoria bar treatments on the basis of transgender identity by proxy.")

medical support; instead, the VA's regulations merely codify insidious discrimination into law.

### 2. The VA's discriminatory regulation harms transgender veterans and the amici States.

The blanket denial of access to medically necessary care is stigmatizing and discriminatory, which has serious consequences for transgender residents and public health generally in the amici States.

Transgender people often suffer from severe emotional and psychological distress due to the stigma associated with being transgender.[22] In the 2015 USTS, 82% of respondents reported seriously contemplating taking their own life, and 40% of respondents reported having attempted suicide[23]—a rate drastically higher than the rate of suicide attempts for the overall U.S. population (4.6%) or even for lesbian, gay, and bisexual individuals (10-20%).[24] "[T]ransgender adults have a prevalence

---

[22] *See* Am. Psychological Ass'n, *Understanding transgender people, gender identity and gender expression* (updated July 8, 2024), http://www.apa.org/topics/lgbt/transgender.aspx; Wynne Parry, *Gender Dysphoria: DSM-5 Reflects Shift in Perspective on Gender Identity*, Huffington Post (updated Aug. 4, 2013), http://www.huffingtonpost.com/2013/06/04/gender-dysphoria-dsm-5_n_3385287.html ("[T]he distress that accompanies gender dysphoria arises as a result of a culture that stigmatizes people who do not conform to gender norms[.]").

[23] 2015 USTS, at 114.

[24] Jody L. Herman, et al., *Suicide Attempts Among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Survey*, UCLA, WILLIAMS INST., at 4 (Sept. 2019), https://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf; *see also* Jeremy D. Kidd, et. al., *Prevalence of Substance Use and Mental Health Problems Among Transgender and Cisgender U.S. Adults*, UCLA, Williams Inst. Press Release (July 20, 2023), https://williamsinstitute.law.

of lifetime suicidal thoughts about four times higher, and lifetime suicide attempts about six times higher, than the U.S. population."[25]

The devastating reality for transgender Americans who do not have access to gender-affirming surgeries does not end with the high risk of suicide associated with the inability to access treatment for their gender dysphoria. For instance, if unaddressed, gender dysphoria can impact quality of life, cause fatigue, and trigger decreased social functioning.[26] Specifically, 93% of transgender veterans reported at least one instance of stigma in the military because of their gender identity, including bullying and barriers to obtaining gender-affirming care.[27] Likewise, the Centers for

---

ucla.edu/press/transpop-suicide-press-release/ (a new study finds that 81% of U.S. transgender adults have thought about suicide); Laura Ungar, *Transgender People Face Alarmingly High Risk of Suicide*, USA Today (Aug. 16, 2015), https://www.usatoday.com/story/news/nation/2015/08/16/transgender-individuals-face-high-rates--suicide-attempts/31626633/.

[25] Jody L. Herman, et. al., *Suicide Thoughts and Attempts Among Transgender Adults: Findings from the 2015 U.S. Transgender Survey*, UCLA, THE WILLIAMS INST., at 4 (Sept. 2019), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Suicidality-Transgender-Sep-2019.pdf.

[26] *See* Emily Newfield, et al., *Female-to-Male Transgender Quality of Life*, QUALITY OF LIFE RESEARCH (Nov. 2006), https://www.researchgate.net/publication/7025219_Female-to-male_transgender_quality_of_life (observing that transgender people who received transition-related care reported having a higher health-related quality of life).

[27] Lindsay Mahowald, *LGBTQ+ Miltary Members and Veterans Face Economic, Housing, and Health Insecurities*, Center for Am. Progress (Apr. 28, 2022), https://www.americanprogress.org/article/lgbtq-military-members-and-veterans-face-economic-housing-and-health-insecurities/#:~:text=A%20new%20Center%20for%20American,housing%20instability%2C%20and%20mental%20health (citing N. A. Schvey, et. al., *Stigma, Health, and Psychosocial Functioning Among Transgender Active Duty Service Members in the U.S. Military*, Am. Psychology Ass'n (2020), https://psycnet.apa.org/doiLanding?doi=10.1037%2Fsah0000190).

Disease Control and Prevention found that social rejection, stigma, and inadequate access to transgender-competent care all contribute to an increased risk of HIV and AIDS for transgender people.[28]

These negative health consequences to veterans translate directly into harm to the amici States. If transgender veterans are unable to receive non-discriminatory, comprehensive healthcare from the VA, they may turn to other providers for their healthcare coverage.[29] Transgender and gender non-conforming individuals are less likely than the general population to have health insurance, and more likely to be covered by state-run programs such as Medicaid.[30] Even when transgender veterans are enrolled with the VA, those with serious problems may end up relying upon the front-line services of the state healthcare systems in times of crisis. Out of the estimated 276,000 transgender adults enrolled in Medicaid, it's estimated that 74,000 have uncertain coverage for gender affirming care, and 38,000 live in states with express bans that deny access to covered gender affirming care.[31] It is therefore our state Medicaid programs that often provide this life-saving coverage and bear

---

[28] Ctrs. for Disease Control & Prevention, *HIV and Transgender Communities*, at 1-2 https://www.cdc.gov/hiv/pdf/policies/data/cdc-hiv-policy-issue-brief-transgender.pdf (last visited May 22, 2024).

[29] *See, e.g.,* Sidath Viranga Panangala, et. al., *Health Care for Veterans: Answers to Frequently Asked Questions*, CONGRESSIONAL RESEARCH SERVICE, at 10 https://fas.org/sgp/crs/misc/R42747.pdf, (updated March 4, 2020).

[30] 2011 Health Care Survey, at 76.

[31] Christy Mallory & Will Tentido, *Medicaid Coverage for Gender-Affirming Care*, UCLA, THE WILLIAMS INST., 5 (Dec. 2022), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Medicaid-Gender-Care-Dec-2022.pdf.

the burden of addressing the enormous attendant consequences of denying transgender veterans medically necessary care.[32] Simply put, it is often our state Medicaid programs that cover the doctor visits, emergency services, chronic disease management, mental health, and substance abuse disorder services that are required when the VA fails to provide medically necessary treatment for gender dysphoria.[33] And, because the VA failed to provide necessary treatment in the first instance, these problems are often more complex and harder to treat by the time state providers encounter them.[34]

In sum, the VA's regulation singles out an already-marginalized population, and it does so with respect to one of the most important health issues transgender veterans may face in their lifetimes. In refusing transgender veterans needed healthcare, the VA places avoidable stress on amici States' healthcare systems.

---

[32] *See* Ctrs. for Disease Control & Prevention, *Cost of Injury Reports*, https://wisqars.cdc.gov/create-reports/ (last visited May 22, 2024) (check "Cost of Injury." See line items, "Suicide." (estimating the average medical cost of a suicide attempt is $9,340)).

[33] *See, e.g.,* Wash. Admin. Code § 182-501-0060; Cal. Code Regs. tit. 22 §§ 51301, *et seq.*; 18 N.Y.C.R.R. 505 (listing each program's benefit packages).

[34] *See* Nicolle K. Strand & Nora L. Jones, *Invisibility of "Gender Dysphoria,"* AMA JOURNAL OF ETHICS (July 2021), https://journalofethics.ama-assn.org/article/invisibility-gender-dysphoria/2021-07 (observing that the consequences of extended, untreated gender dysphoria are observable in high rates of suicide and mental illness among transgender patients; gender affirming care reduces these patients' suicide risk significantly).

**B.    Several States' Experience Shows that the VA Can Provide Healthcare to Transgender Veterans, Including Gender-affirming Surgery, Without Significant Costs.**

**1.    Many states have experience covering transition-related care.**

To prevent the tangible economic, emotional, and health consequences of excluding individuals from needed healthcare, many states explicitly prohibit insurers from excluding transition-related care, like gender-affirming surgeries, from coverage.[35] In Washington[36], the Office of the Insurance Commissioner mandates that private insurers cover medically necessary services for transgender individuals "to the same extent that those services are covered for non-transgender individuals."[37] Indeed, as Washington regulators state in an accompanying guidance,

---

[35] *See* Katie Keith, *15 States and DC Now Prohibit Transgender Insurance Exclusions*, GEORGETOWN UNIV. HEALTH POLICY INSTITUTE CTR ON HEALTH INS. REFORMS (Mar. 30, 2016), http://chirblog.org/15-states-and-dc-now-prohibit-transgender-insurance-exclusions/.

[36] The Health Care Authority provides coverage of surgical and non-surgical transition-related services in both Washington state's Medicaid program (known as "Apple Health") and the public employees' insurance benefits program (known as "PEBB"). *See* Wash. Admin. Code § 182.531.1675 (listing surgical and hormone therapy as available under Apple Health's "gender dysphoria treatment program"); Brad Shannon, *PEBB Votes to Add Transgender Services to Health Coverage Starting in January*, THE NEWS TRIBUNE (July 31, 2014), https://www.thenewstribune.com/news/politics-government/article25874317.html.

[37] Letter from Mike Kreidler to Health Ins. Carriers in Wash. State, Office of the Ins. Commissioner of Wash. State (June 23, 2020), https://www.insurance.wa.gov/sites/default/files/documents/final-letter-health-carriers-transgender-protection-non-discrimination.pdf.

an exclusion for gender-affirming surgery constitutes "an impermissible discriminatory exclusion."[38]

Other states are equally committed to ensuring transgender people are treated with dignity and respect when accessing healthcare. In California, the state's Medicaid program ("Medi-Cal") has prohibited transition-related exclusions from its coverage since 2001, and Medi-Cal covers gender-affirming surgery when medically necessary.[39] Moreover, California's public employees' insurance benefits program covers all medically necessary care for transgender beneficiaries.[40] In 2012, the California Insurance Commissioner adopted regulations prohibiting private insurers from denying coverage for transition-related services if the same services are available when unrelated to gender transition.[41] In Colorado, all insurance carriers that market policies of sickness, accident, and health coverage plans are

---

[38] Office of the Ins. Commissioner of Wash. State, *Transgender enrollee coverage frequently asked questions*, https://www.insurance.wa.gov/faq-about-coverage-transgender-enrollees (last visited Jan. 18, 2024).

[39] *See* Cal. Dep't of Health Care Servs., *Ensuring Access to Medi-Cal Services for Transgender Beneficiaries* (Oct. 6, 2016), http://www.dhcs.ca.gov/formsandpubs/Documents/MMCDAPLsandPolicyLetters/APL2016/APL16-013.pdf; Letter from Nathan Nau to All Medi-Cal Managed Care Health Plans, Cal. Dep't of Health Care Servs. (Oct. 26, 2020), https://www.dhcs.ca.gov/formsandpubs/Documents/MMCDAPLsandPolicyLetters/APL2020/APL20-018.pdf.

[40] Trudy Ring, *Calif. Public Employees Will Get Coverage for Gender Transition*, The Advocate (June 21, 2013), https://www.advocate.com/politics/transgender/2013/06/21/calif-public-employees-will-get-coverage-gender-transition.

[41] Cal. Code Regs. tit. 10 § 2561.2(a).

prohibited from denying, exclude, or otherwise limit coverage for medically necessary services based upon a person's gender identity.[42] Similarly, since 2014, the Massachusetts Commissioner of Insurance prohibited the exclusion of healthcare coverage for gender identity or gender dysphoria-related treatment.[43] Additionally, the state's Medicaid program (MassHealth) covers gender-affirming surgery when medically necessary.[44] In 2016, the Pennsylvania Insurance Commissioner announced that all health insurance policies under its jurisdiction will affirmatively provide medically necessary covered services to a policyholder regardless of their gender, and that medical assistance regulatory prohibitions on payment for services related to sex reassignment are no longer in effect.[45] Other states provide similar protections.[46]

---

[42] 3 Colo. Code Regs. 702-4-2-62-5(E)(3).

[43] Mass. Division of Ins., Office of Consumer Affairs & Business Regulation, Bulletin 2014-03 (June 20, 2014), https://www.mass.gov/doc/division-of-insurance-bulletin-2014-03-guidance-regarding-prohibited-discrimination-on-the/download.

[44] Mass. Dep't Health & Human Services, *MassHealth Guidelines for Medical Necessity Determination for Gender Affirming Surgery*, https://www.mass.gov/guides/masshealth-guidelines-for-medical-necessity-determination-for-gender-affirming-surgery (last visited Jan. 18. 2024).

[45] The Pennsylvania Bulletin, *Notice Regarding Nondiscrimination; Notice 2016-05*, 46 Pa.B. 2251 (April 30, 2016), https://www.pacodeandbulletin.gov/Display/pabull?file=/secure/pabulletin/data/vol46/46-18/762.html; PA Dep't of Human Servs. Med. Assist., Bulletin 99-16-11 (July 18, 2016), https://transequality.org/sites/default/files/PA-Medical-Assistance-Bulletin.pdf.

[46] *See, e.g.*, Conn. Ins. Dep't, Bulletin IC-37, renumbered as Bulletin IC-34 (Dec. 19, 2013), https://portal.ct.gov/-/media/CID/BulletinIC37GenderIdentityNondiscriminationRequirementspdf.pdf?la=en; Del. Code tit.18 § 2304(22); D.C. Official Code § 31-2231.11(c); Letter from D.C. Comm'r William P. White to All Ins. Cos., Health Maintenance Orgs., and

Numerous states' laws, regulations, and healthcare bulletins prohibit insurers from excluding gender-affirming surgeries in a discriminatory manner. Taken together, these protections reflect many states' core commitment to protecting the equality of all people, regardless of their gender identity.

### 2. Many states have found that covering comprehensive healthcare for transgender people, including surgeries, furthers essential interests without imposing undue financial costs.

The VA may argue that covering gender-affirming surgery imposes a significant cost burden on its health system. However, in states where equal access

---

Hospital and Med. Serv. Corps. Authorized to Write Health Ins. in the Dist., Gov. of the Dist. Of Columbia, Dep't of Ins, Securities and Banking, Bulletin 13-IB-01-30/15 (March 15, 2013), https://disb.dc.gov/sites/default/files/dc/sites/disb/publication/attachments/Bulletin13-IB-01-30-15.pdf; Haw. Rev. Stat. § 431:10A-118.3(a); Haw. Rev. Stat. § 432:1-607.3; Haw. Rev. Stat. § 432D-26.3 (2016);775 Ill. Comp. 5/1-103(O-1); 50 Ill. Adm. Code 2603.35; Md. Code Ann., Health-Gen. § 15-103(a)(2)(xxii); Mich. Comp. Laws § 500.2027(a)(i), amend. 2023, Act of 156 (effective Feb. 12, 2024); Minn. Stat. § 363A.17(3); NJ Dep't of Banking and Ins, Bulletin No. 23-05, https://www.nj.gov/dobi/bulletins/blt23_05.pdf; NV S.B. 163, 2023 Leg., 82nd Sess. (effective July 1, 2023); 18 N.Y.C.R.R. 505.2(l); N.Y. Dep't of Financial Servs. Ins. Circular Letter No. 7 (Apr. 22, 2022), https://www.dfs.ny.gov/industry_guidance/circular_letters/cl2022_07; OR H.B. 2002, 82nd OR Leg. Assy., Reg. Sess. (Or. 2023); OR Dep't of Consumer and Business Servs. Div. of Financial Reg., Bulletin DFR 2023 (Dec. 6, 2023), https://dfr.oregon.gov/laws-rules/Documents/Bulletins/proposed/guidance-gender-affirming-treatment.pdf; RI Health Ins Comms, Bulletin 2015-3 (Nov. 23, 2015), https://ohic.ri.gov/sites/g/files/xkgbur736/files/bulletins/Bulletin-2015-3-Guidance-Regarding-Prohibited-Discrimination.pdf; VT. Dep't of Fin. Reg., Div. of Ins., Ins. Bulletin No. 174, *Guidance Regarding Prohibited Discrimination on the Basis of Gender Identity including Medically Necessary Gender Dysphoria Surgery and Related Health Care* (revised June 12, 2019), https://dfr.vermont.gov/sites/finreg/files/regbul/dfr-bulletin-insurance-174-gender-dysphoria-surgery.pdf; VT. Dep't of Health Access, Medical Policy re: Gender Affirmation Surgery for the Treatment of Gender Dysphoria (last review Nov. 1, 2019), https://dvha.vermont.gov/sites/dvha/files/documents/providers/Forms/1gender-affirmation-surgery-w-icd-10-coded-110119.pdf.

to medically necessary care is already the law, this prophesied fear has not materialized.

Many states found that the removal of transgender exclusions has not led to burdensome financial costs or skyrocketing premiums. For instance, Colorado requires comprehensive gender-affirming surgery as part of minimum healthcare plans sold on individual and small group markets, which accounts for about a quarter of the state's healthcare customers.[47] The cost for these gender-affirming care elements was estimated to be 64 cents per month per enrollee in the individual and small group market plans.[48] In California, for example, the Insurance Commissioner conducted economic impact findings and determined that ensuring equal access to healthcare regardless of gender identity would have an "insignificant and immaterial economic impact" on California businesses.[49] While providing medically necessary care is important regardless of the number of persons who need such care, the California Department of Insurance's assessment that any economic impact would

---

[47] Newsline Staff, *Colorado first in nation to include gender-affirming care in some health care plans as essential benefit,* COLORADO NEWSLINE (Oct. 13, 2021), https://coloradonewsline.com/briefs/colorado-first-in-nation-to-include-gender-affirming-care-in-some-health-care-plans-as-essential-benefit/.

[48] *Id.*

[49] Cal. Dep't of Ins., *Economic Impact Assessment of Gender Nondiscrimination in Health Insurance*, at 1-2, Reg. File No. REG-2011-00023 (Apr. 13, 2012), http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf (hereinafter, "California Assessment").

be insignificant makes sense because the transgender population in the United States is quite small[50]—and the transgender veteran population is even smaller. Insurers are rarely called upon to provide transition-related services.[51] In fact, with respect to surgeries, the "utilization rate," or degree at which insureds seek a covered service, is lower than the percentage of transgender people in the population, since many rely on counseling and hormone therapy alone to treat their symptoms and do not seek surgery.[52] The City of San Francisco, for example, initially charged employees a $1.70 premium to cover the cost of extending coverage to transgender people only to wholly eliminate that charge three years later because of low utilization rates.[53] Similarly, the City of Seattle easily absorbed the predicted increase of $200,000 for extending coverage because the amount represented just two-tenths of one percent of Seattle's total $105 million healthcare budget.[54]

---

[50] *Compare* Jody L. Herman, et al., *How Many Adults Identify as Transgender in the United States?*, UCLA, THE WILLIAMS INST., at 4 (June 2022), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Pop-Update-Jun-2022.pdf (estimating 1.3 million people identify as transgender), *with* U.S. Census Bureau, *Annual Population Estimates,* https://www.census.gov/popclock/ (last visited January 17, 2024) (estimating 335 million people in the United States).

[51] *See, e.g.*, California Assessment, at 5-6 (observing, at one employer, less than 27 employees sought transition-related treatments in over five years despite the employer plan covering 95,000 employees).

[52] California Assessment, at 8 (noting not all transgender people have medical need for surgery). *See also* 2015 USTS, at 100-103 (only 25% of respondents reported having some form of transition-related surgery).

[53] California Assessment, at 6.

[54] California Assessment, at 7.

Most importantly, the tangible benefits to the states' public health and to the affected individuals greatly outweigh the cost of extending coverage. This is because the mental health of transgender people markedly improves when they receive non-discriminatory healthcare. Several studies suggest surgical treatments improve the overall mental health of transgender insureds and decrease substance abuse rates.[55] Suicidal ideation, for example, significantly decreases after gender-affirming surgery.[56] Providing coverage also creates cost savings for insurers because they avoid paying to treat comorbidities of untreated gender dysphoria, including depression, anxiety, substance abuse, and self-harm.[57] And, requiring coverage increases the pool of providers offering care at reimbursed rates. For example, after the Medicaid expansion as part of the Affordable Care Act, Medi-Cal was better able

---

[55] *See* Anthony N. Almazan & Alex S. Keuroghlian, *Association Between Gender-Affirming Surgeries and Mental Health Outcomes,* JAMA SURGERY (Apr. 28, 2021), https://jamanetwork.com/journals/jamasurgery/fullarticle/2779429; William V. Padula, et. al., *Societal Implications of Health Ins. Coverage for Medically Necessary Svcs. in the U.S. Transgender Population: A Cost-Effectiveness Analysis*, J. GEN. INTERN. MED. (Oct. 19 2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4803686/pdf/11606_2015_Article_3529.pdf (estimating decreased risk of HIV, depression, suicidality, and drug abuse means comprehensive coverage of transition-related care is cost-effective 85% of the time); Mohamed Hassan Murad, et. al., *Hormonal Therapy and Sex Reassignment: A Systematic Review and Meta-analysis of Quality of Life and Psychosocial Outcomes*, CLINICAL ENDOCRINOLOGY, Vol. 72, Iss. 2 (Feb. 2010), https://pubmed.ncbi.nlm.nih.gov/19473181/.

[56] California Assessment, at 10 (summarizing multiple studies that found suicidal ideation decreases after transgender people receive gender-affirming surgery).

[57] California Assessment, at 11.

to contract with surgeons that could perform gender-affirming surgeries at Medi-Cal reimbursement rates.[58] Not only are such outcomes good for a states' transgender residents, they are good for the public health and fiscal outcomes of the states themselves. Regardless of who assumes the costs created by denying gender-affirming surgeries, the VA's regulations callously requires unnecessary suffering of transgender veterans.

In sum, many states' experiences show that the public health benefits of providing comprehensive healthcare to transgender people overwhelmingly offset the negligible costs in covering medically necessary, life-saving gender-affirming surgery.

## CONCLUSION

The VA's categorical exclusion of surgical "gender alterations" from its medical benefits package for veterans directly harms numerous states and their residents. As many states' experience shows, providing such care leads to significant benefits without serious costs, and supports a decision to amend or repeal the VA's discriminatory regulations, including 38 C.F.R. § 17.38(c)(4) and implementing directives, that exclude medically necessary gender confirmation surgery from the medical benefits package.

---

[58] Angela Hart, *Medi-Cal Expansion Opens Doors to Care for Transgender Patients,* KQED News (Feb. 5, 2014), https://www.kqed.org/stateofhealth/17490/medi-cal-expansion-opens-doors-to-care-for-transgender-patients.

DATED this 10th day of September 2024.

ROBERT W. FERGUSON
*Attorney General of Washington*

/s/ Beau Sung
BEAU SUNG, WSBA #55826
*Assistant Attorney General*
MARSHA CHIEN, WSBA #47020
*Deputy Solicitor General*
Washington State Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
(206) 389-2407
sam.sung@atg.wa.gov

DANA NESSEL
*Michigan Attorney General*
Office of the Attorney General
P.O. Box 30212
Lansing, MI 48909

PHILIP J. WEISER
*Attorney General of Colorado*
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

KEITH ELLISON
*Attorney General*
*State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

WILLIAM TONG
*Attorney General*
*State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

MATTHEW J. PLATKIN
*Attorney General of New Jersey*
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

*(Counsel listing continues on next page)*

KATHLEEN JENNINGS
*Attorney General of the Delaware*
Office of the Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801

BRIAN L. SCHWALB
*Attorney General for the*
*District of Columbia*
Office of the Attorney General
400 6th Street NW, Suite 8100
Washington, DC 20001

ANNE E. LOPEZ
*Attorney General of Hawaii*
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

KWAME RAOUL
*Illinois Attorney General*
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603

ANTHONY G. BROWN
*Attorney General of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

ANDREA JOY CAMPBELL
*Attorney General*
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

LETITIA JAMES
*Attorney General of New York*
Office of the Attorney General
28 Liberty Street
New York, NY 10005

AARON D. FORD
*Attorney General of Nevada*
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

ELLEN F. ROSENBLUM
*Attorney General of Oregon*
Office of the Attorney General
1162 Court Street N.E.
Salem, OR 97301

MICHELLE HENRY
*Attorney General of Pennsylvania*
Office of the Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*
Office of the Attorney General
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
*Attorney General of Vermont*
Office of the Attorney General
109 State Street
Montpelier, Vermont 05609

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19<br>July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** 24-1714

**Short Case Caption:** Transgender Am. Vet. Assoc. v. Secretary of Vet. Affairs

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 4,804 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 09/10/2024

Signature: /s/ Beau Sung

Name: Beau "Sam" Sung

Save for Filing