# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION,<br><br>*Petitioner.*<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>*Respondent.* | No. 24-1714<br><br>September 27, 2024 |

**PETITIONER'S UNOPPOSED MOTION FOR SEVEN DAY EXTENSION TO FILE REPLY BRIEF**

For the following reasons, petitioner respectfully requests a seven-day extension of time, to and including **October 22, 2024**, in which to file its reply brief in this matter. The Secretary consents to this request.

1. Petitioner Transgender American Veterans Association filed this action challenging the decision of Secretary of Veterans Affairs to deny petitioner's rulemaking petition. Petitioner filed its opening brief on July 29, 2024. The government filed its response brief on September 23, 2024 after parties agreed to a 14-day extension. Petitioner's reply brief is currently due on October 15, 2024.

2. Petitioner respectfully requests a seven-day extension of time, to and including October 22, 2024.

3. The requested extension is necessary to allow petitioner adequate time to prepare the reply brief, including consultation with petitioner, the Transgender American Veterans Association. The current 21-day timeframe also includes Indigenous People's Day, Rosh Hashanah, and Yom Kippur, which will impact the availability of counsel in this period.

4. Respondent's counsel authorized petitioner to state that the government consents to this motion.

Dated: <u>September 27, 2024</u>                Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
John Baisley, Law Student Intern
Natalie Geismar, Law Student Intern
Romina Lilollari, Law Student Intern
Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*