

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 30, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document (Motion to Extend Time to File Brief) submitted by Transgender American Veterans Association is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer selected an incorrect relief. When refiling a corrected motion, please select the following relief(s): EXTEND TIME TO FILE BRIEF. Refer to the court's [Electronic Filing Procedures](#) ("Motions").

- The document does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

- The filing does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. R. App. P. 32(g)(1) (other documents). Refer to the Practice Notes to Rule 32 (Certificate of Compliance).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk