# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION, | No. 24-1714 |
| *Petitioner.* | September 30, 2024 |
| v. | |
| SECRETARY OF VETERANS AFFAIRS, | |
| *Respondent.* | |

## *CORRECTED* PETITIONER'S UNOPPOSED MOTION FOR SEVEN DAY EXTENSION TO FILE REPLY BRIEF

For the following reasons, petitioner respectfully requests a seven-day extension of time, to and including **October 22, 2024**, in which to file its reply brief in this matter. The Secretary consents to this request.

1. Petitioner Transgender American Veterans Association filed this action challenging the decision of Secretary of Veterans Affairs to deny petitioner's rulemaking petition. Petitioner filed its opening brief on July 29, 2024. The government filed its response brief on September 23, 2024 after parties agreed to a 14-day extension. Petitioner's reply brief is currently due on October 15, 2024.

2. Petitioner respectfully requests a seven-day extension of time, to and including October 22, 2024.

3. The requested extension is necessary to allow petitioner adequate time to prepare the reply brief, including consultation with petitioner, the Transgender American Veterans Association. The current 21-day timeframe also includes Indigenous People's Day, Rosh Hashanah, and Yom Kippur, which will impact the availability of counsel in this period.

4. Respondent's counsel authorized petitioner to state that the government consents to this motion.

Dated: <u>September 30, 2024</u>

Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
John Baisley, Law Student Intern
Natalie Geismar, Law Student Intern
Romina Lilollari, Law Student Intern
Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*

# CERTIFICATE OF INTEREST

Counsel for Petitioner certifies the following:

1. The full name of every party or amicus represented by me is: Transgender American Veterans Association.

2. All parent corporations and any publicly held corporations that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None.

3. The names of all law firms and the partners or associates that are expected to appear for the party represented by me are: Jack Baisley, Natalie Geismar and Romina Lilollari, Law Student Interns, Jerome N. Frank Legal Services Organization, Yale Law School.

4. The following information is required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees): N/A.

Dated: <u>September 30, 2024</u>

Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
Michael J. Wishnie
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*

# CERTIFICATE OF COMPLIANCE

1. This Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure Rule 27(d). This Motion contains 170 words, excluding the parts exempted by Federal Appellate Procedure Rule 27(d)(2).

2. This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally - spaced typeface using Microsoft Word version 20.08 in 14-point Times New Roman.

Dated: <u>September 30, 2024</u>                         <u>/s/ Michael J. Wishnie</u>
                                                                                  Michael J. Wishnie