NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1714

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

## ON MOTION

---

## O R D E R

Upon consideration of the unopposed motion of Transgender American Veterans Association for an extension of time to file its reply brief, up to and including October 22, 2024,

IT IS ORDERED THAT:

2    TRANSGENDER AMERICAN VETERANS ASSOCIATION v.
           SECRETARY OF VETERANS AFFAIRS

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 2, 2024
Date