# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION,<br><br>*Petitioner*,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>*Respondent*. | Case No. 24-1714 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Circuit Rule 47.3(c), notice is hereby given that Zach ZhenHe Tan, of the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), withdraws his appearance as counsel for *Amici Curiae* Scholars Who Study the Transgender Population. After October 2, 2024, Mr. Tan will no longer be associated with Akin. James E. Tysse of Akin and William Tentindo of The Williams Institute will continue to represent *Amici Curiae* Scholars Who Study the Transgender Population.

Dated: October 2, 2024

Respectfully submitted,

*/s/ Zach ZhenHe Tan*
Zach ZhenHe Tan
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 765-9509
Fax: (415) 765-9501
ztan@akingump.com

*Counsel for* Amici Curiae *Scholars Who Study the Transgender Population*