NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1714

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

## ORDER

Transgender American Veterans Association moves without opposition for leave to allow law student interns Natalie Geismar and Romina Lilollari to enter appearances under the supervision of Michael J. Wishnie.

Upon consideration thereof,

IT IS ORDERED THAT:

2 TRANSGENDER AMERICAN VETERANS ASSOCIATION v.
    SECRETARY OF VETERANS AFFAIRS

The motion is granted.

FOR THE COURT

October 22, 2024
Date

Jarrett B. Perlow
Clerk of Court