FORM 8A. Entry of Appearance　　　　　　　　　　　　　　　　　　　　　　Form 8A (p.1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1714

**Short Case Caption:** Transgender American Veterans Association v. Secretary of Veterans Affairs

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Transgender American Veterans Association | | |
|---|---|---|
| **Principal Counsel:** Michael J. Wishnie | | Admission Date: 12/20/10 |
| Firm/Agency/Org.: Jerome N. Frank Legal Services Organization | | |
| Address: P.O. Box 209090, New Haven, CT 06520-909 | | |
| Phone: (203) 432-4800 | | Email: michael.wishnie@ylsclinics.org |
| **Other Counsel:** Romina Lillolari, Law Student Intern | | Admission Date: 10/22/24 |
| Firm/Agency/Org.: Jerome N. Frank Legal Services Organization | | |
| Address: P.O. Box 209090, New Haven, CT 06520-909 | | |
| Phone: (203) 432-4800 | | Email: romina.lillolari@ylsclinics.org |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/23/24　　　　　　　　　　　　Signature: /s/ Romina Lillolari

　　　　　　　　　　　　　　　　　　　Name:　　　Romina Lillolari

Save for Filing