

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 30, 2024

2024-1714 - Transgender American Veterans Association v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document (Appendix) submitted by Transgender American Veterans Association is not in compliance with the rules of this court. Within <u>five business days</u> from the date of this notice, please submit a corrected version of this document correcting the following:

- A multi-volume opening brief or appendix must have a volume number in Roman numerals and the pages included in the volume at the <u>top</u> of the cover of each volume. Fed. Cir. R. 28(c)(3); Fed. Cir. R. 30(a)(4).

- The appendix does not contain the entire certified list, index, or docket sheet from the proceedings below. Fed. Cir. R. 30(a)(1)(A)(i).

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk