No. 24-1714

# In the United States Court of Appeals for the Federal Circuit

TRANSGENDER AMERICAN VETERANS ASSOCIATION,

          PETITIONER,

v.

SECRETARY OF VETERANS AFFAIRS,

          RESPONDENT.

On Petition for Review
Pursuant to 38 U.S.C. § 502

## NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR AMICI STATES OF WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, OREGON, PENNSYLVANIA, RHODE ISLAND, and VERMONT

ROBERT W. FERGUSON
*Attorney General of Washington*

BEAU SUNG, WSBA #55826
*Assistant Attorney General*
Washington State Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

TO: THE CLERK OF THE COURT and

TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Assistant Attorney General Beau Sung hereby gives notice of intent to withdraw as attorney of record for Amici States of Washington, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, and Vermont (collectively, "Amici States"), effective November 1, 2024. This withdrawal will be effective without order of court unless an objection to the withdrawal is served upon the withdrawing attorney before the intended date of withdrawal.

Deputy Solicitor General Marsha Chien will remain as counsel of record for the Amici States.

Respectfully submitted this 31st day of October 2024.

ROBERT W. FERGUSON
*Attorney General of Washington*

*/s/ Beau Sung*
BEAU SUNG, WSBA #55826
*Assistant Attorney General*
Washington State Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
(206) 389-2407
sam.sung@atg.wa.gov